IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

HOWARD HESS LABS, INC., et al,    )
                                  )
            Plaintiffs,           )
                                  )
    v.                            )    C.A. No. 99-255 (SLR)
                                  )
DENTSPLY INTERNATIONAL, INC.,     )
                                  )
            Defendant.            )
                                  )

## DEFENDANT DENTSPLY INTERNATIONAL, INC.'S BILL OF COSTS WITH SUPPORTING SCHEDULES

Dentsply International, Inc. is the prevailing party in this action.  Thus, pursuant to Local

Rule 54.1, the Clerk is requested to tax against Plaintiffs the following as costs, which are

reflected in the documents attached hereto.

| DESCRIPTION OF COST OR DISBURSEMENT | AMOUNT |
|---|---|
| 1. Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $60,717.33 |
| 2. Fees for exemplification and copies of papers necessarily obtained for use in the case | $922.95 |
| **TOTAL:** | **$61,640.28** |

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.

Date: _10/27/05_                              _Christian Douglas Wright #3554_
                                              Christian Douglas Wright #3554

SWORN TO AND SUBSCRIBED before me this 27th day of October, 2005.

_Kay M. Sheey_
Notary Public

My Commission Expires: _2/16/09_

YOUNG CONAWAY
   STARGATT & TAYLOR, LLP

OF COUNSEL:

Margaret M. Zwisler
Eric J. McCarthy
LATHAM & WATKINS LLP
555 Eleventh Street, N.W
Washington, DC 20004
(202) 637-2200

DATED: October 27, 2005

_Christian Douglas Wright_
Christian Douglas Wright (#3554)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
(302) 571-6691
cwright@ycst.com

*Attorneys for Dentsply International, Inc.*

## CERTIFICATE OF SERVICE

I, Christian Douglas Wright, hereby certify that on October 27, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

        Robert J. Kriner, Jr. Esquire
        Chimicles & Tikellis LLP
        One Rodney Square
        PO Box 1035
        Wilmington, DE 19899

I further certify that on October 27, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record.

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        *Christian Douglas Wright*

        Christian Douglas Wright (No. 3554)
        The Brandywine Building
        1000 West Street, 17th Floor
        Wilmington, DE 19801
        (302) 571-6600
        cwright@ycst.com
        *Attorneys for Dentsply International, Inc.*