# EXHIBIT B

Hess, et al. v. Dentsply International, Inc.
USDC for DE, C.A. No. 99-255 (SLR)

Bill of Costs Itemization

Fees of Court Reporters for Deposition Transcripts:

| Deponent | Invoice Date | Invoice Number | Bill of Cost Page Number | Invoice Amount |
|---|---|---|---|---|
| Bookbinder, Irwin | 2/29/00 | 98353 | DENT-BOC-1 | $685.00 |
| Brennan, Robert | 8/31/96 | 960766 | DENT-BOC-2 | $514.50 |
| Brunker, Donald | 2/1/00 | 97340 | DENT-BOC-3 | $1,512.20 |
| Buckley, Cyril | 2/25/00 | n/a | DENT-BOC-4 | $324.50 |
| Cavanaugh, Thomas | 10/10/99 | n/a | DENT-BOC-5 | $1,360.60 |
| Clark, Christopher | 9/5/96 | 960779 | DENT-BOC-6 | $527.25 |
| Clark, Christopher | 1/11/00 | 8202 | DENT-BOC-7 | $1,672.30 |
| Challoner, Reynolds | 8/4/99 | 7150 | DENT-BOC-8 | $592.85 |
| Colgin, Bruce | 7/12/99 | 2599 | DENT-BOC-9 | $420.45 |
| Colling, Ann | 1/4/00 | 96062 | DENT-BOC-10 | $897.25 |
| Cook, Robert | 10/29/99 | 93882EDC | DENT-BOC-11 | $400.00 |
| Coykendall, Charles | 9/1/99 | 91700 | DENT-BOC-12 | $1,096.80 |
| DeSautel, Steven | 12/13/99 | 95534 | DENT-BOC-13 | $2,101.80 |
| DesPortes, Perrin | 12/9/99 | 95428EDC | DENT-BOC-14 | $638.10 |
| Dhuet, David | 2/3/00 | 97411 | DENT-BOC-15 | $845.85 |
| Fichter, Ronald | 11/13/99 | 94451 | DENT-BOC-16 | $1,542.50 |
| Fox, Robert | 8/10/99 | 00086032 | DENT-BOC-17 | $354.25 |
| Frazier, Bryan | 12/07/99 | 95294 | DENT-BOC-18 | $1,242.50 |
| Harris, Betsy | 12/17/99 | 7624B | DENT-BOC-19 | $739.20 |
| Harris, Betsy | 1/13/00 | 7665B | DENT-BOC-20 | $523.90 |
| Haynes, Kathryn | 9/14/99 | 92043EDC | DENT-BOC-21 | $764.00 |
| Hendon, William | 2/4/00 | 97422 | DENT-BOC-22 | $1,814.90 |
| Howe, Devon | 3/6/97 | 970119 | DENT-BOC-23 | $351.95 |
| Howe, Devon | 9/17/99 | n/a | DENT-BOC-24 | $803.00 |
| Hugo, Connie Jean | 9/2/99 | n/a | DENT-BOC-25 | $423.15 |
| Jaslow, Rand F. | 9/15/99 | 92051 | DENT-BOC-26 | $2,027.10 |
| Jenson, Steven | 2/14/00 | 8473 | DENT-BOC-27 | $1,550.30 |
| Jenson, Steven | 3/13/02 | 991920 | DENT-BOC-28 | $1,210.10 |
| Jenson, Steven | 4/26/02 | 31038 | DENT-BOC-29 | $820.30 |
| Kashfian, Keyhan | 12/6/99 | n/a | DENT-BOC-30 | $1,276.00 |
| Keeling, Therin | 9/15/99 | 92055EDC | DENT-BOC-31 | $409.50 |
| Langer, Ralph | 7/26/99 | n/a | DENT-BOC-32 | $762.60 |
| Lantz, Thom | 10/14/99 | n/a | DENT-BOC-33 | $1,236.08 |
| Macias, Michael | 2/3/00 | 97416 | DENT-BOC-34 | $1,807.20 |
| Mandell, James | 12/6/99 | n/a | DENT-BOC-35 | $1,017.90 |
| Mariacher, Richard | 7/26/99 | n/a | DENT-BOC-36 | $928.25 |
| McGalliard, Lavon | 2/3/00 | 97414 | DENT-BOC-37 | $1,450.25 |

| Deponent | Invoice Date | Invoice Number | Bill of Cost Page Number | Invoice Amount |
|---|---|---|---|---|
| Miles, John | 3/19/97 | 970157 | DENT-BOC-38 | $383.50 |
| Miles, John | 2/25/00 | n/a | DENT-BOC-39 | $695.70 |
| Moyer, Philip | 9/15/99 | 00085333 | DENT-BOC-40 | $457.60 |
| Murphy, Daniel | 9/02/99 | 91705 | DENT-BOC-41 | $734.80 |
| Murray, Wayne | 11/30/99 | 94993 | DENT-BOC-42 | $2,268.30 |
| Nowtash, Frank | 2/28/00 | 98254 | DENT-BOC-43 | $1,140.15 |
| O'Brien, Michael | 9/16/99 | 92123 | DENT-BOC-44 | $804.00 |
| Obst, George | 8/11/99 | 00085334 | DENT-BOC-45 | $427.75 |
| Paulson, Lori | 2/29/00 | 98358 | DENT-BOC-46 | $1,257.50 |
| Peebles, Richard | 8/2/99 | 7134 | DENT-BOC-47 | $1013.91 |
| Pohl, David | 12/29/96 | 960953 | DENT-BOC-48 | $306.75 |
| Pohl, David | 11/22/99 | n/a | DENT-BOC-49 | $845.20 |
| Ryan, John | 3/31/00 | 99461EDC | DENT-BOC-50 | $1032.71 |
| Salzman, Barry | 1/27/00 | 97131 | DENT-BOC-51 | $1,441.50 |
| Shernowitz, Saul | 12/06/99 | 95230 | DENT-BOC-52 | $1,393.00 |
| Siecinski, Ray | 3/17/00 | 98924 | DENT-BOC-53 | $1,017.80 |
| Silcox, Jack | 12/07/99 | 95298 | DENT-BOC-54 | $902.55 |
| Spatz, Morton | 5/4/00 | 100459 | DENT-BOC-55 | $1,957.50 |
| Warren, Kathlene | 11/16/99 | 7440 | DENT-BOC-56 | $368.35 |
| Weiland, John | 12/6/99 | n/a | DENT-BOC-57 | $594.20 |
| Willits, William | 10/26/99 | 99LL020 | DENT-BOC-58 | $1,020.50 |
| Wiltz, James | 11/29/99 | 7532 | DENT-BOC-59 | $714.85 |
| Wong, Danny | 7/12/99 | 57627 | DENT-BOC-60 | $1,520.33 |
| Yacola, William | 9/23/99 | n/a | DENT-BOC-61 | $1,774.50 |
| Sub-Total | | | | $60717.33 |

Fees for copies of Appendix to Dentsply International,
Inc.'s Motion for Summary Judgment (*see* Affidavit of
David W. Nichols, October 27, 2005)                          $922.95

| | |
|---|---|
| Total | $61640.28 |

Esquire Deposition Services
1020 19th Street, NW   Suite 520
Washington, D.C. 20036
(202) 429-0014   Fax: (202) 296-8652   126573   ESQUD(

Tax ID # 33-0761435

Howrey, Simon, Arnold & White
1299 Pennsylvania Avenue, N.W.                    99353   02/29/(
Second Floor
Washington, DC 20004                                      10/12/(

ATTN : David P. Burns, Esq.

UNITED STATES V. DENTSPLY INTERNATIONAL

SERVICES PROVIDED ON 12/04/99:
Irwin Bookbinder              1- 110   110 PGS @ $4.75      $22.50   O

Minuscript & ascii                                         15.00
Weekend pages                          110 @ $1.25        137.50
Delivery                                                   10.00

                                                          $85.00

CALL US, WE'LL COVER YOUR DEPOSITIONS-ANYWHERE!

Esquire Deposition Services            JOB #: 126573   TOTAL: $685.00
1020 19th Street, N.W.                 INVOICE #: 99353 DEC
Suite 720                              DATE: 10/12/00
Washington, DC 20036
Tax ID # 33-0761435

Howrey  Simon, Arnold & White
Attn: David P. Burns, Esq.
1299 Pennsylvania Avenue, N.W.
Second Floor
Washington, DC 20004

DENT-BOC-0000001



Olender Reporting, Inc.
1522 K Street, NW, Suite 215
Washington, DC 20005
Phone (202) 898-1108

TAX I.D. NO.: 52-1358946

Diana L. Dietrich, Esq.
Howrey & Simon
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 960766 | 08/31/96 | 1-11516 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 08/20/96 | FRANKI | |

| CASE CAPTION |
|---|
| In re: Dentsply |

| TERMS |
|---|
| NET 30 DAYS |

1 COPY OF TRANSCRIPT OF:
   Robert D. Brennan (10-day)         255 PGS @ 1.75/PAGE      446.25
                            EXHIBITS   53 PGS @ 0.25/PAGE       13.25

                        (1 dep) CONDENSED W/IND               25.00
                        (1 dep) ASCII: PG-IMAGE               20.00
                                FREIGHT/DELIVERY              10.00
                                                            ========
                                T O T A L   D U E   >>>>     514.50


The above transcript page rate reflects a
10 business day production schedule.

DENT-BOC-0000002



**ESQUIRE**
DEPOSITION SERVICES

**Esquire Deposition Services**
1020 19th Street, NW   Suite 620
Washington, D.C. 20036
(202) 429-0014   Fax: (202) 296-8652
Tax ID # 33-0781435

127655    HOSTA01

| INVOICE NUMBER | DATE |
|---|---|
| 97340 | 02/01/00 |

**To:**  Howrey & Simon
1299 Pennsylvania Avenue, N.W.
Second Floor
Washington, DC 20004

ATTN : David P. Burns, Esq.          Due upon receipt.

| AMOUNT DUE | ENCL. |
|---|---|

YOUR REFERENCE NUMBER:

CAPTION:  UNITED STATES OF AMERICA V. DENTSPLY IN

SERVICES PROVIDED ON 01/25/00:

| | | | | AMOUNT DUE | ENCL. |
|---|---|---|---|---|---|
| Donald Brunker | 1- 211 | 211 PGS @ $4.40 | | 928.40 | O+1 |
| Minuscript & ascii | | | | 0.00 | |
| Expedite delivery | 211 @ | $2.40 | | 506.40 | |
| Read & sign | | | | 5.00 | |
| Exhibits | 208 @ | $0.30 | | 62.40 | |
| Delivery | | | | 10.00 | |

| | TOTAL | 1,512.20 |
|---|---|---|

**CALL US, WE'LL COVER YOUR DEPOSITIONS-ANYWHERE!**

DENT-BOC-0000003

# HERITAGE REPORTING CORPORATION

*Official Reporters*
1220 L Street, N.W., Suite 600
Washington, D.C. 20005
Telephone: (202) 628-4888
Fax: (202) 371-0935

February 25, 2000

Kate Rutherford
Howrey & Simon
1299 Pennsylvania Avenue, NW
Washington, D.C.   20004-2402

re:   U.S. v. Dentsply, CA No. 99-005 (D.Del.);
      Howard Hess Dental Labs v. Dentsply, CA No. 99-255 (D.Del);
      Robert B. Raiber, DDC, P.C. v. Dentsply, CA No. 99-343 (D.Del.)

Dear Ms. Rutherford,

        Per our previous conversation, the transcripts from the February 3, 2000 deposition of Cyril Buckley and the February 7, 2000 deposition of John C. Miles, II, are now available. The costs for each are detailed below:

| Deponent | Transcript cost | Exhibit Copies cost |
|----------|----------------|---------------------|
| John C. Miles | $ 695.70 | Not yet available |
| Cyril Buckley | $ 324.50 | $ 204.50 |

        As I understand that your firm is facing a hard deadline next week on this case, I will be in late this evening, should you require these transcripts immediately.
        If you have any questions, or if I can be of further assistance, please feel free to call me at (202) 628-4888.

Sincerely,

John Van Winkle
Contracts Administration Manager

TOTAL P.02

DENT-BOC-0000004

# E REPORTING CORPORATION

1,360•60    x
0•0575    =
78•23    *

78•23    +
1,360•60    +
1,430•83    *

*Official Reporters*
1220 L Street, N.W., Suite 600
Washington, D.C. 20005
Telephone: (202) 628-4888
Fax: (202) 371-0935

November 10, 1999

Kelly Clement, ESQ.
Howrey & Simon
1299 Pennsylvania Avenue, NW
Washington, D.C.   20004-2402

Dear Mr. Clement:

Your order for transcripts from the October 13 and October 14, 1999 deposition of Thomas Louis Cavanaugh, taken in the case of U.S. v. Dentsply International, Inc., is now ready.

The cost of your order (with exhibit copies) of this 449 page deposition, is $ 1,360.60. However, prepayment is required on all transcript orders, and checks should be made payable to: Heritage Reporting Corporation. Once payment is received, the transcripts will be delivered immediately to your D.C. offices.

Additionally, I'd like to discuss the issue of handling the deponents' read & review opportunities, when you get the opportunity.

If you have any questions, or if I can be of further assistance, please feel free to call me at (202) 628-4888.

Sincerely,

John Van Winkle
Contracts Administration Manager

Reporters In Major Cities Coast-to-Coast
DEPOSITIONS - ARBITRATIONS - CONFERENCES - TRANSCRIPTION
I.M.P.A.C. charges accepted

DENT-BOC-0000005

TOTAL F.02

Olender Reporting, Inc.
1522 K Street, NW, Suite 215
Washington, DC 20005
Phone (202) 898-1108

# INVOICE

TAX I.D. NO.: 52-1358946

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 960779 | 09/05/96 | 1-11515 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 08/21/96 | FRANKI | CID NO. 14 |

**CASE CAPTION**

In re: Dentsply

**TERMS**

NET 30 DAYS

Diana L. Dietrich, Esq.
Howrey & Simon
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004

```
1 COPY OF TRANSCRIPT OF:
  Christopher T. Clark (10-day)     251 PGS @ 1.75/PAGE        439.25
                     EXHIBITS       132 PGS @ 0.25/PAGE         33.00

                      (1 dep) CONDENSED W/IND                   25.00
                      (1 dep) ASCII: PG-IMAGE                   20.00
                              FREIGHT/DELIVERY                  10.00
                                                              ========
                              T O T A L   D U E   >>>>         527.25


  The above transcript page rate reflects a
  10 business day production schedule.
```

DENT-BOC-0000006

# Heritage Reporting Corporation

# Invoice

1220 L. Street, NW  Suite 600
Washington, DC  20005-4018
Federal ID: 52-1491518
(202) 628-4888

| DATE | INVOICE NO. |
|------|-------------|
| 1/11/2000 | 8202 |

**BILL TO**

Howrey & Simon
Attn: Kelly Clement
1299 Pennsylvania Ave, N.W.
Washington, DC 20004

| Contract #/PO | | | | SET | |
|---------------|--|--|--|-----|--|
| Misc Sale | | | | DEPO + EXH | |

| ITEM | TITLE/DOCKET/LOCATION | PAGES | RATE | AMOUNT |
|------|----------------------|-------|------|--------|
| 991214003 | U.S. v. Dentsply/C. Clark 99-0005(MMS)/pages 1-242 Washington, DC | 242 | 2.90 | 701.80 |
| 1 | Handling and delivery | | 20.00 | 20.00 |
| 991215001 | U.S. v. Dentsply/C. Clark 99-0005(MMS)/pages 243-472 Washington, DC | 230 | 2.90 | 667.00 |
| 1 | Handling and delivery | | 20.00 | 20.00 |
| 991215001 | EXHIBITS | 487 | 0.50 | 243.50 |
| 1 | Handling and delivery | | 20.00 | 20.00 |

PLEASE RETURN INVOICE COPY WITH REMITTANCE

**Total** $1,672.30

DENT-BOC-0000007

**Heritage Reporting Corporation**

1220 L. Street, NW  Suite 600
Washington, DC  20005-4018
Federal ID:  52-1491518
(202) 628-4888

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 8/4/1999 | 7150 |

**PAID**

| BILL TO |
|---------|
| U.S. DOJ,  Antitrust Division |
| Attn:  William Berlin, Esq. |
| 325 7th Street, NW   Room 9318 |
| Washington, D.C. 20530 |

| Contract #/PO | | | | SET | |
|---------------|--|--|--|-----|--|
| BPA | | | Hand Del | Depo Set | |
| ITEM | TITLE/DOCKET/LOCATION | PAGES | RATE | AMOUNT | |
| 990716007 | U.S. v. Dentsply Int. / William Berlin, Esquire 5-B Delivery / Green Bay, WI No. 99-005 (MMS) / Deposition of Reynolds Challoner Pages 1-179 | 179 | 3.45 | 617.55 | |
| 5 | Volume Discount: Contract 9XTDOJ-0184 | | -4.00% | -24.70 | |

| | **Total** | **$592.85** |
|--|-----------|-------------|

DOJ-C-014

DENT-BOC-0000008

# KNIGHT REPORTING SERVICE, LTD.

411 HAMILTON BOULEVARD, SUITE 1932
PEORIA, ILLINOIS 61602

FAX (309) 637-0765
(309) 637-0700

BILL TO

HOWREY & SIMON
1299 Pennsylvania Ave., N.W.
Washington, D.C.  20004-2402
(202) 783-0800
ATTN:  Kelly A. Clement, Esq.

| DATE | INVOICE NO. | REPORTER |
|------|-------------|----------|
| 7/12/99 | 2599 | JEJ |

| JOB DATE | DESCRIPTION | AMOUNT |
|----------|-------------|--------|
| | In Re:  United States of America vs Dentsply International, Inc.; U.S. District Case No. 99-005 | |
| 7/8/99 | Condensed certified copy transcript of the deposition of BRUCE COLGIN, taken in Peoria, Illinois, as follows: | 420.45 |
| | 167 pages @ $2.10 per page (expedited): $350.70 159 exhibits @ $.25 per page: $39.75 ASCII disk: $10.00 Overnight shipping charges: $20.00 | |
| | THANK YOU VERY MUCH! | |

Total                              $420.45

# ESQUIRE
DEPOSITION SERVICES

**Esquire Deposition Services**
1020 19th Street, NW    Suite 620
Washington, D.C. 20036
(202) 429-0014   Fax: (202) 296-8652
Tax ID # 33-0781435

| INVOICE NUMBER | DATE |
|---|---|
| 127348 | ESQUD22 |
| 96062 | 01/04/00 |

To: Howrey & Simon
1299 Pennsylvania Avenue, N.W.
Second Floor
Washington, DC 20004

ATTN : David P. Burns, Esq.

| AMOUNT DUE | ENCL |
|---|---|

YOUR REFERENCE NUMBER:

CAPTION:  UNITED STATES OF AMERICA V. DE

SERVICES PROVIDED ON 12/09/99:
Ann Colling                    1-

| | AMOUNT DUE | ENCL |
|---|---|---|
| Appearance Fee | 749.25 | O+1 |
| Minuscript & ascii | 125.00 | |
| Exhibits | 0.00 | |
| Delivery | 3.00 | |
| | 20.00 | |

TOTAL   897.25

**CALL US, WE'LL COVER YOUR DEPOSITIONS-ANYWHERE!**

↓ Please detach and send with payment

Remit To:

**Esquire Deposition Services**
1020 19th Street, NW    Suite 620
Washington, D.C. 20036

JOB #: 127348  TOTAL: $897.25
INVOICE #: 96062
DATE: 01/04/00

Howrey & Simon
Attn: David P. Burns, Esq.
1299 Pennsylvania Avenue, N.W.
Second Floor
Washington, DC 20004

# ESQUIRE
DEPOSITION SERVICES
A Record Of Excellence

DENT-BOC-0000010



**ESQUIRE**
DEPOSITION SERVICES™
A HOBART WEST COMPANY

**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684        123915    FOSHT01
1020 19th Street, N.W.. Suite 620
Washington, D.C. 20036
Tel: (202)429-0014  Fax: (202)296-8652

To:
U.S. Department of Justice - 325
325 Seventh Street, N.W.
Suite 430
Washington, DC 20530

| INVOICE NUMBER | DATE |
|---|---|
| 93882EDC | 10/29/99 |

05/19/05

ATTN : Dionne C. Lomax, Esq.            Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|

YOUR REFERENCE NUMBER:

CAPTION:
UNITED STATES V. DENTSPLY INTERNATIONAL

SERVICES PROVIDED ON 09/15/99:
Robert Alan Cook        1- 195   195 PGS @ $2.00     390.00    1CC

Delivery                                            10.00

PAYMENTS RECEIVED                                  -400.00

BALANCE DUE                             TOTAL    0.00    Thank You!

Any amounts not paid within 30 days of the invoice will be considered past
due and a late charge will accrue on any unpaid balance at the lesser of
one and one-half percent (1.5%) per month or the maximum rate allowed by law.

For Invoice Questions,
Please Call
(866) 377-5964
Fax (973) 377-9543

Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**Esquire Deposition Services, LLC**
P.O Box 827829
Philadelphia,PA 19182-7829
Tax ID # 22-3779684

JOB: 123915  TOT: $0.00
INVOICE #: 93882EDC
DATE: 05/19/05

U.S. Department of Justice - 325
Attn: Dionne C. Lomax, Esq.
325 Seventh Street, N.W.
Suite 430
Washington, DC 20530

**ESQUIRE**
DEPOSITION SERVICES™
A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOGY
DOJ-C-017

DENT-BOC-0000011



**Esquire Deposition Services**
1020 19th Street, NW    Suite 620
Washington, D.C. 20036
(202) 429-0014    Fax: (202) 296-8652    123908    KLANR01
Tax ID # 33-0781435

| INVOICE NUMBER | DATE |
|---|---|
| 91700 | 09/01/99 |

To:  Howrey & Simon
1299 Pennsylvania Avenue, N.W.
Second Floor
Washington, DC 20004

ATTN : Eric McCarthy, Esq.

Due upon receipt.

| | AMOUNT DUE | ENCL |
|---|---|---|

YOUR REFERENCE NUMBER:

CAPTION: UNITED STATES OF AMERICA V. DENTSPLY IT

SERVICES PROVIDED ON 08/17/99:
Charles R. Coykendall        1- 224   224 PGS                    O+1

Minuscript & ascii
Expedite delivery
Exhibits
Delivery

| | TOTAL | 1,096.80 | Thank You! |
|---|---|---|---|

CALL US, WE'LL COVER YOUR DEPOSITIONS-ANYWHERE! 800-441-3376

↧ Please detach and send with payment

DENT-BOC-0000012

**Esquire Deposition Services**
1020 19th Street, NW    Suite 620
Washington, D.C. 20036
(202) 429-0014    Fax: (202) 296-8652    126129    ESQUD22
Tax ID # 33-0781435

Howrey & Simon
1299 Pennsylvania Avenue, N.W.    95534    12/13/99
Second Floor
Washington, DC 20004    03/01/00

ATTN : Eric McCarthy, Esq.

UNITED STATES OF AMERICA V. DENTSPLY IN

SERVICES PROVIDED ON 10/27/99:
Steven DeSautel, 1st session    1- 180    180 PGS @ $4.05    729.00    O+1
Steven DeSautel, 2nd session    1- 91    91 PGS @ $4.05    368.55    O+1

Appearance Fee    6 @ $25.00    150.00
Minuscript & ascii    0.00
Expedite delivery    271 @ $2.85    772.35
Exhibits    223 @ $0.30    66.90
Delivery    15.00

2,101.80

PAST DUE

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| * | * | || * | * | * | || * | * | * | || * | * | * | || * | * | + + + + + + |
| 0.00 | 180.0 4.05 729.00 | 0.00 | 91.0 4.05 368.55 | 0 | 6. 25.00 150.00 | 0.00 | 271. 2.85 772.35 | 0 | 223. 0.30 66.90 | 0.00 | 729.00 368.55 150.00 772.35 66.90 15.00 2,101.80 |

**Esquire Deposition Services**    JOB #: 126129    TOTAL: $2101.80
1020 19th Street, NW    Suite 620    INVOICE #: 95534
Washington, D.C. 20036    DATE: 03/01/00

Howrey & Simon
Attn: Eric McCarthy, Esq.
1299 Pennsylvania Avenue, N.W.
Second Floor
Washington, DC 20004

DENT-BOC-0000013



**ESQUIRE**
DEPOSITION SERVICES
A HOBART WEST COMPANY

**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684          126572      HUSEA01
1020 19th Street, N.W.. Suite 620
Washington, D.C. 20036
Tel: (202)429-0014  Fax: (202)296-8652

| | INVOICE NUMBER | DATE |
|---|---|---|
| To: | 95428EDC | 12/09/99 |

U.S. Department of Justice - 325
325 Seventh Street, N.W.
Suite 430
Washington, DC 20530

05/19/05

ATTN : Dionne C. Lomax, Esq.          Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|
| YOUR REFERENCE NUMBER: | | |
| CAPTION: | | |
| UNITED STATES V. DENTSPLY INTERNATIONAL | | |
| SERVICES PROVIDED ON 11/22/99: | | |
| Perrin Des Portes    1- 223   223 PGS @ $2.50 | 557.50 | 1CC |
| Minuscript & ascii | 15.00 | |
| Exhibits    222 @  $0.30 | 66.60 | |
| Delivery | 15.00 | |
| ACCOUNT SERVICE FEE | 65.41 | |
| PAYMENTS RECEIVED | -719.51 | |

BALANCE DUE                                    TOTAL    0.00    Thank You!

***SAVE $65.41                           For Invoice Questions,
AMOUNT DUE IF PAID BEFORE  01/08/00   $-65.41        Please Call
AMOUNT DUE IF PAID AFTER   01/08/00   $719.51    (866) 377-5964
                                          Fax (973) 377-9543

Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**Esquire Deposition Services, LLC**          JOB: 126572  TOT: $0.00
P.O Box 827829                      INVOICE #: 95428EDC
Philadelphia,PA 19182-7829          DATE: 05/19/05
Tax ID # 22-3779684

U.S. Department of Justice - 325
Attn: Dionne C. Lomax, Esq.
325 Seventh Street, N.W.
Suite 430
Washington, DC 20530



**ESQUIRE**
DEPOSITION SERVICES
A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOGY
DOJ-C-018

DENT-BOC-0000014



**Esquire Deposition Services**
1020 19th Street, NW    Suite 620
Washington, D.C. 20036
(202) 429-0014    Fax: (202) 296-8652
Tax ID # 33-0781435

126887    ESQUD04

| INVOICE NUMBER | DATE |
|---|---|
| 97411 | 02/03/00 |

**To:** Howrey & Simon
1299 Pennsylvania Avenue, N.W.
Second Floor
Washington, DC 20004

ATTN : Eric McCarthy, Esq.

Due upon receipt.

| AMOUNT DUE | ENCL. |
|---|---|

YOUR REFERENCE NUMBER:

CAPTION: UNITED STATES OF AMERICA V. DENTSPLY IN

SERVICES PROVIDED ON 12/08/99:
David D. Dhuet          1- 111   111 PGS @ $4.75          527.25    O+1

Minuscript & ascii                                        15.00
Expedite delivery              111 @   $2.60             288.60
Read & sign                                               5.00
Delivery                                                 10.00

TOTAL    845.85    Thank You

-----SITIONS-ANYWHERE!

DENT-BOC-0000015

Esquire Deposition Services
1020 19th Street, NW    Suite 620
Washington, D.C. 20036
(202) 429-0014   Fax: (202) 296-8652    123911      ESQUD05
Tax ID # 33-0781435

Howrey & Simon
1299 Pennsylvania Avenue, N.W.                           94451    11/13/99
Second Floor
Washington, DC 20004                                              02/01/00

ATTN : Beth McCallum, Esq.


UNITED STATES OF AMERICA V. DENTSPLY IN

SERVICES PROVIDED ON 08/23/99:
Ronald Fichter                    1- 250   250 PGS @ $6.00    1,500.00   OF1

Minuscript & ascii                                               0.00
Read & sign                                                      5.00
Exhibits                                   75 @  $0.30          22.50
Delivery                                                        15.00

                                                             1,542.50


Esquire Deposition Services          JOB #: 123911  TOTAL: $1542.50
1020 19th Street, NW   Suite 620     INVOICE #: 94451
Washington, D.C. 20036               DATE: 02/01/00


Howrey & Simon
Attn: Beth McCallum, Esq.
1299 Pennsylvania Avenue, N.W.
Second Floor
Washington, DC 20004

DENT-BOC-0000016

# ALDERSON REPORTING CO., INC.
1111 14th Street, N.W., 4th Floor
Washington, D.C. 20005-5650

## INVOICE

**FED. ID# 53-0257990**
**(202) 289-2260**
**(202) 289-2221 (FAX)**

OPEN DATE: 01/01/01
U.S. V DENTSPLY

ATT: KELLY A CLEMENT ESQ
HOWREY & SIMON
1299 PENNSYLVANIA AVE NW
ATTN: MARTY UTERMOHLE
WASHINGTON      DC20004

FILE #:

| NUMBER | CASE NUMBER | TERMS | INVOICE NO. | INVOICE DATE | |
|--------|-------------|-------|-------------|--------------|---|
| UNIDEN105 | | NET | 00086032 | 09/30/99 | |

| RT REPORTING/LITIGATION SUPPORT SERVICES | DATE | UNITS | PAGES | RATE | AMOUNT |
|---|---|---|---|---|---|
| 20B TRANSCRIPT COPY SALE ROBERT A. FOX TAMPA, FL 80807 | 08/10/99 | | 162.00 | 1.75 | 283. |
| EXHIBITS 0807 | 08/10/99 | | 143.00 | .25 | 35. |
| SHIPPING & HANDLING 0807 | 09/03/99 | | | | 35. |
| FREE MIN-U-SCRIPT 0807 | 08/10/99 | | | | |
| FREE ASCII DISK 0807 | 08/10/99 | | | | |
| I# 145 | 08/10/99 | | | | |

SALES TAX

INVOICE TOTAL    CONT



DENT-BOC-0000017



**Esquire Dep.**
1020 19th Str.
Washingt.
(202) 429-0014
Tax ID

| 126791 | CIN- 01 |
|--------|---------|
| INVOICE NUMBER | DATE |
| 95294 | 12/07/99 |

To:  Howrey & Simon
1299 Pennsylvania Avenue, N.W.
Second Floor
Washington, DC 20004

ATTN : Eric McCarthy, Esq.

| | | :ceipt. | AMOUNT DUE | ENCL. |
|---|---|---|---|---|

YOUR REFERENCE NUMBER:

CAPTION:  UNITED STATES OF AMERICA V.

SERVICES PROVIDED ON 11/30/99:
Bryan Frazier

| | | | |
|---|---|---|---|
| | 05 | 899.10 | O+1 |

| | | AMOUNT DUE |
|---|---|---|
| Appearance Fee | | 250.00 |
| Minuscript & ascii | | 15.00 |
| Read & sign | | 5.00 |
| Exhibits | 78 @ $0.30 | 23.40 |
| e-transcript | | 25.00 |
| Airborne Express Delivery | | 25.00 |

| | TOTAL | 1,242.50 |
|---|---|---|

**CALL US, WE'LL COVER YOUR DEPOSITIONS-ANYWHERE!**

↓ Please detach and send with payment

Remit To:

**Esquire Deposition Services**
1020 19th Street, NW    Suite 620
Washington, D.C. 20036

JOB #: 126791   TOTAL: $1242.50
INVOICE #: 95294
DATE: 12/07/99

Howrey & Simon
Attn: Eric McCarthy, Esq.
1299 Pennsylvania Avenue, N.W.
Second Floor
Washington, DC 20004



A Record Of Excellence

DENT-BOC-0000018



REMITTANCE COPY

Lyon Reporting, Inc.
Certified Court Reporters
Post Office Box 81124
Atlanta, Georgia  30366
(770) 458-5500
Federal ID# 58-1798114


KELLY A. CLEMENT, ESQ.                    December 17, 1999
HOWREY & SIMON
1299 PENNSYLVANIA AVENUE, N.W.            Invoice# 7624B
WASHINGTON, D.C.  20004
                                          Balance:    $739.20


   Caption: HOWARD HESS DENTAL v. DENTSPLY INT'L., et al.
            NO. 99-255 (MMS)
 Scheduled: 12/02/99    Billed: 12/17/99
  Reporter: TERESA A. IRONS, RPR


              I n v o i c i n g    I n f o r m a t i o n


Charge Description

    ONE COPY OF THE DEPOSITION TRANSCRIPT
OF BETSY HARRIS, VOLUME I, TAKEN AT 1612 N.E.
EXPRESSWAY, ATLANTA, GEORGIA, ON DECEMBER 2, 1999,
PLUS COMPRESSED TRANSCRIPT WITH WORD INDEX AND
LARGE NUMBER OF EXHIBITS PHOTOCOPIED ALREADY SENT
AND ASCII DISK.


           P l e a s e    R e m i t  - - - >  Total Due:    $739.20


            INVOICE IS DUE AND PAYABLE UPON RECEIPT.
         *  LYON REPORTING CELEBRATES 25 YEARS OF SERVICE  *

DENT-BOC-0000019

REMITTANCE COPY



**Lyon Reporting, Inc.**
Certified Court Reporters
Post Office Box 81124
Atlanta, Georgia  30366
(770) 458-5500
Federal ID# 58-1798114

KELLY A. CLEMENT, ESQ.
HOWREY & SIMON
1299 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, D.C.  20004

January 13, 2000

Invoice# 7665B

Balance:    $523.90

Caption: HOWARD HESS DENTAL v. DENTSPLY INT'L., et al.
        NO. 99-255 (MMS)
Scheduled: 12/03/99    Billed: 01/13/00
Reporter: ROBIN K. WATKINS, RPR

I n v o i c i n g   I n f o r m a t i o n

**Charge Description**

ONE COPY OF THE DEPOSITION TRANSCRIPT
OF BETSY HARRIS, VOLUME II, TAKEN AT 1612 N.E.
EXPRESSWAY, ATLANTA, GEORGIA, ON DECEMBER 3, 1999,
PLUS COMPRESSED TRANSCRIPT WITH WORD INDEX AND
ASCII DISK.

P l e a s e   R e m i t   - - - >   Total Due:    $523.90

INVOICE IS DUE AND PAYABLE UPON RECEIPT.
* LYON REPORTING CELEBRATES 25 YEARS OF SERVICE

DENT-BOC-0000020



**ESQUIRE**
DEPOSITION SERVICES™
A HOBART WEST COMPANY

**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684          123888    ESQUD24
1020 19th Street, N.W.. Suite 620
Washington, D.C. 20036
Tel: (202)429-0014  Fax: (202)296-8652

To:

U.S. Department of Justice - 325
325 Seventh Street, N.W.
Suite 430
Washington, DC 20530

ATTN : Dionne C. Lomax, Esq.

| INVOICE NUMBER | DATE |
|---|---|
| 92043EDC | 09/14/99 |

05/19/05

Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|

YOUR REFERENCE NUMBER:

CAPTION:

UNITED STATES V. DENTSPLY INTERNATIONAL

SERVICES PROVIDED ON 08/25/99:
Kathryn Haynes              1- 232   232 PGS @ $2.50        580.00   1CC

Minuscript & ascii                                          15.00
Exhibits                   338 @  $0.50                    169.00
Delivery                                                    15.00
ACCOUNT SERVICE FEE                                         77.90
ACCOUNT SERVICE FEE                                        118.50

PAYMENTS RECEIVED                                          -779.00

BALANCE DUE                                    TOTAL        77.90   Thank You!

***SAVE 118.50
AMOUNT DUE IF PAID **BEFORE**  10/14/99   $-40.60
AMOUNT DUE IF PAID **AFTER**   10/14/99   $856.90

For Invoice Questions,
Please Call
(866) 377-5964
Fax (973) 377-9543

Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**Esquire Deposition Services, LLC**
P.O Box 827829
Philadelphia,PA 19182-7829
Tax ID # 22-3779684

JOB: 123888  TOT: $77.90
INVOICE #: 92043EDC
DATE: 05/19/05

U.S. Department of Justice - 325
Attn: Dionne C. Lomax, Esq.
325 Seventh Street, N.W.
Suite 430
Washington, DC 20530



**ESQUIRE**
DEPOSITION SERVICES™
A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOGY

DENT-BOC-0000021



**Esquire Deposition Services**
1020 19th Street, NW    Suite 620
Washington, D.C. 20036
(202) 429-0014    Fax: (202) 296-8652
Tax ID # 33-0781435

126886        ESQUD23

| INVOICE NUMBER | DATE |
|---|---|
| 97422 | 02/04/00 |

To: Howrey & Simon
1299 Pennsylvania Avenue, N.W.
Second Floor
Washington, DC 20004

ATTN : Eric McCarthy, Esq.                    Due upon receipt.        AMOUNT DUE

YOUR REFERENCE NUMBER:

CAPTION:  UNITED STATES OF AMERICA V. DENTSPLY IN

SERVICES PROVIDED ON 12/15/99:
Bill Hendon                    1- 198   198 PGS @ $4.75        940.50

Minuscript & ascii                                             15.00
Exhibits                            818 @   $0.30             245.40
Expedite delivery  3 day            198 @   $3.00            594.00
Delivery                                                      20.00

                                                    **TOTAL**   1,814.90    *Thank You!*

**CALL US, WE'LL COVER YOUR DEPOSITIONS-ANYWHERE!**

⬇ Please detach and send with payment

Remit To:

**Esquire Deposition Services**        JOB #: 126886  TOTAL: $1814.90
1020 19th Street, NW    Suite 620      INVOICE #: 97422
Washington, D.C. 20036                 DATE: 02/04/00

Howrey & Simon
Attn: Eric McCarthy, Esq.
1299 Pennsylvania Avenue, N.W.
Second Floor
Washington, DC 20004



A Record Of Excellence

DENT-BOC-0000022

Olender Reporting, Inc.
1522 K Street, NW, Suite 215
Washington, DC 20005
Phone (202) 898-1108

INVOICE

TAX I.D. NO.: 52-1358946

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 970119 | 03/06/97 | 1-11941 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 02/27/97 | FRANKI | |

Diana L. Dietrich, Esq.
Howrey & Simon
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004

| CASE CAPTION |
|---|
| In re: Dentsply |

| TERMS |
|---|
| NET 30 DAYS |

```
1 COPY OF TRANSCRIPT OF:
  Devon Howe (5-day delivery)       142 PGS @ 2.10/PAGE        298.20
                        EXHIBITS     91 PGS @ 0.25/PAGE         22.75

                        (1 dep) CONDENSED W/IND                 15.00
                        (1 dep) ASCII: PG-IMAGE                 10.00
                        FREIGHT/DELIVERY                         6.00
                                                              ========
                        T O T A L   D U E   >>>>              351.95


  The above transcript page rate reflects a
  5 business day production schedule.
```

DENT-BOC-0000023

# HERITAGE REPORTING CORPORATION

*Official Reporters*
1220 L Street, N.W., Suite 600
Washington, D.C. 20005
Telephone: (202) 628-4888
Fax: (202) 371-0935

September 17, 1999

Kelly Clement, ESQ.
Howrey & Simon
1299 Pennsylvania Avenue, NW
Washington, D.C.   20004

Dear Mr. Clement:

Your order for transcripts from the August 19, 1999 deposition of Susan A. Crawford, and the August 31, 1999 deposition of Devon Howe, both taken in the case of U.S. v. Dentsply International, Inc., is now ready.

However, I was mistaken yesterday, in stating that the September 2 deposition of Micheal Golden was ready. In fact, it is due out of production by COB today. For each of the other Dentsply depositions which the Antitrust Division has contracted Heritage for, the delivery time has been standardized to 10 Business Days for each.

As you order stands today, the cost for the Crawford and Howe depositions is : $ 803.00, and your transcripts for those will be ready this afternoon. I will notify you via fax when the deposition of Mr. Golden is available, and what the respective cost is.

If you have any questions, or if I can be of further assistance, please feel free to call me at (202) 628-4888.

Sincerely,

John Van Winkle
Contracts Administration Manager

DENT-BOC-0000024

TOTAL P.02

```
*********************
*** I N V O I C E ***
*********************
```

**COURT REPORTING ADVANTAGE, INC.**
Christine Richele, CSR, CCR
Registered Professional Reporter
2042-A South Brentwood ✓
Springfield, Missouri 65804
(417) 886-4881

Tax I.D. #43-1539607

**STATEMENT DATE:** September 2, 1999

*(handwritten: Incorporated per Vendor on 10·06·99)*

**To:** Mr. David P. Burns
Howrey & Simon
1299 Pennsylvania Ave., N.W.
Washington, DC 20004-2402
(202) 783-0800

**Re:** UNITED STATES OF AMERICA vs. DENTSPLY INTERNATIONAL,
INC., C.A. No. 99-005 (MMS), and HESS DENTAL LABORATORIES
and GUTTIEREZ vs. DENTSPLY INTERNATIONAL, INC., C.A.
No. 99-255 (MMS), and RAIBER vs. DENTSPLY INTERNATIONAL,
INC., C.A. No. 99-343 (MMS)

| Description | Amount |
|---|---|
| Taking and transcribing the deposition of CONNIE JEAN HUGO, including postage | $ 423.15 |
| Complimentary Condense-It copy of the above transcript | |
| **Total Due:** | **$ 423.15** |

**THANK YOU.**

**Terms: Due Upon Receipt**

ccounts past due 30 days are subject to 1.5%
ervice fee monthly and all collection costs

**LEASE RETURN A COPY OF INVOICE WITH PAYMENT**

ATTN - Tiajuana Pitman    pg 1 of 1

**ESQUIRE**
DEPOSITION SERVICES

Esquire Deposition Services
1020 19th Street, NW    Suite 620
Washington, D.C. 20036
(202) 429-0014    Fax: (202) 296-8652
Tax ID # 33-0781435

| INVOICE NUMBER | DATE |
|---|---|
| 92051 | 09/15/99 |

123910    ESQUD10

To:    Howrey & Simon
1299 Pennsylvania Avenue, N.W.
Second Floor
Washington, DC 20004

09/20/99

ATTN : Eric McCarthy, Esq.

Due upon receipt.    | AMOUNT DUE | ENCL |

YOUR REFERENCE NUMBER:

CAPTION  UNITED STATES OF AMERICA V. DENTSPLY INT

SERVICES PROVIDED ON 08/19/99:

| | | | | AMOUNT DUE | ENCL |
|---|---|---|---|---|---|
| Rand F. Jaslow | 1- 367 | 367 PGS @ $3.35 | | 1,229.45 | 0+1 |
| Miniscript & ascii | | | | 0.00 | |
| Three day delivery | | 367 @ | $1.85 | 678.95 | |
| Exhibits | | 329 @ | $0.30 | 98.70 | |
| Read & sign | | | | 5.00 | |
| Delivery | | | | 15.00 | |

**TOTAL**    2,027.10    Thank You!

CALL US, WE'LL COVER YOUR DEPOSITIONS-ANYWHERE!  800-441-3376

↧ Please detach and send with payment.

Remit To:

Esquire Deposition Services
1020 19th Street, NW    Suite 620
Washington, D.C. 20036

JOB #: 123910   TOTAL: $2027.10
INVOICE #: 92051
DATE: 09/20/99

Howrey & Simon
Attn: Eric McCarthy, Esq.
1299 Pennsylvania Avenue, N.W.
Second Floor
Washington, DC 20004



**ESQUIRE**
DEPOSITION SERVICES

A Record Of Excellence

DENT-3OC-0000026

# Heritage Reporting Corporation

1220 L. Street, NW  Suite 600
Washington, DC  20005-4018
Federal ID: 52-1491518
(202) 628-4888

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 2/14/2000 | 8473 |

**BILL TO**

Howrey & Simon
Attn: Kelly Clement
1299 Pennsylvania Ave, N.W.
Washington, DC  20004

| Contract #/PO | | | | SET |
|---|---|---|---|---|
| | | | | |

| ITEM | TITLE/DOCKET/LOCATION | PAGES | RATE | AMOUNT |
|------|----------------------|-------|------|--------|
| 000117001 | Dentsply International:  Steven Jenson<br>CA99-005/ pages:  1-215<br>York, PA | 215 | 2.90 | 623.50 |
| 000118008 | pages: 216-477 | 262 | 2.90 | 759.80 |
| 000117001 | Dentsply Internation:  Steven Jenson<br>CA99-005/ exhibits, pages: 1-214<br>York, PA | 214 | 0.50 | 107.00 |
| 1 | Handling and delivery | 3 | 20.00 | 60.00 |

```
 *      *  =  *      *   *  =  *      *   *  =  *      *   +  +  +   +  *
0.00  215. 2.90 623.50   0.00  262. 2.90 759.80   0.00  214. 0.50 107.00   0.00  623.50 759.80 107.00 60.00 1,550.30
```

| | | **Total** | $1,550.30 |

DENT-BOC-0000027

TOTAL P.02

Glender Reporting, Inc.
1522 K Street, NW, Suite 720
Washington, DC 20005
(202) 898-1108   Fax (202) 289-0566

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 991920 | 03/13/2002 | 01-17133 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 03/07/2002 | FRANKI | 99-005 (SLR) |

| CASE CAPTION |
|---|
| U.S.A v. Dentsply International |

| TERMS |
|---|
| Net 30 |

Kelly A. Clement, Esq.
Howrey, Simon, Arnold & White
1299 Pennsylvania Avenue, NW
Washington, DC 20004

A CERTIFIED COPY OF TRANSCRIPT OF:
STEVEN BENSON

| | | |
|---|---|---|
| 394 Pages @ | 2.65/Page | 1,044.10 |
| 516 Pages @ | .25/Page | 129.00 |
| EXHIBITS | | |
| Condensed Trans w/ Index | | 15.00 |
| Disk: ASCII Format | | 10.00 |
| Shipping & Handling | | 12.00 |

TOTAL DUE  >>>>    1,210.10

TAX ID NO.: 52-1358946                          (202) 783-0800

DENT-BOC-0000028

# INVOICE

**Alderson Reporting Co., Inc.**
*1111 14th Street, NW 4th Floor*
*Washington, DC 20005-5650*
*Phone #:(202) 789-6308 Fax #:(202) 842-0063*
*E-Mail: ar@aldersonreporting.com*
*Federal I.D. No. 53-0257990*

Payment is due 30 days
from invoice date.

| Invoice Date: |
|---|
| 4/26/2002 |

| Invoice No. |
|---|
| 31038 |

PLEASE REFERNCE
THIS INVOICE NUMBER
WHEN REMITTING

To:
Richard Ripley, Esq.
Howrey Simon Arnold & White, LLP
1299 Pennsylvania Avenue, NW

Washington, DC 20004-2402

Atty.Acct. No.: 7654
Case/Matter No.:
Our Ref. No.: 4274-1
Your Ref. No.:
Location: Wilmington, DE

RE: United States vs. Dentsply
Witness:    Steven Jenson
Proceeding Date:  4/21/2002

Classified:

| Rainmaker Litigation Package Includes: | Qty | Amount | Charges |
|---|---|---|---|
| Certified Copy - Steven   Jen | 266.00 | 2.75 | $731.50 |
| Free E-Transcript | 1.00 | 0.00 | $0.00 |
| Exhibits (First 100 Pages Fre | 296.00 | 0.30 | $88.80 |
| Free Overnight Shipping | 1.00 | 0.00 | $0.00 |

Credit Card Payment:

| Account #: | | | | | | | | | | | | | Expiration Date: | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Registered To: | | | | | | | | Signature: | | | | | | | | | |

**TERMS: NET 30 DAYS**
To ensure proper credit, please indicate Invoice Number with payment.
Interest accrues at a rate of 1.5% per month.

| | |
|---|---|
| Sub-Total: | $820.30 |
| Taxes: | 0.00 |
| Interest Accrued: | $0.00 |
| Grand Total: | $820.30 |
| Amount Paid: | $0.00 |

Questions?  Please call our Credit Manager
@ 202-789-6308.

## Thank You For Your Business

| TOTAL BALANCE DUE: | $820.30 |
|---|---|

# HERITAGE R     ORPORATION

980•70   ✓ +
1,276•00  ✓
1,017•90  ✓ +
594•20   ✓ +
509•40   ✓ +
4,378•20  *

4,373•20   X
0•0575   =
251•74   *

December 6, 1999

Kate Rutherford
Howrey & Simon
1299 Pennsylvania Avenue, N\
Washington, D.C.   20004-240

251•74   +
4,373•20   +
4,62 • •   *

Dear Ms. Rutherford:

Transcripts from several more depositions taken in the case of U.S. v. Dentsply International, Inc., are now ready.

The cost of one standard deposition set (one paper transcript, one ascii disk and one minuscript with a keyword index), and exhibit copies or each, are shown below:

| Deponent | Date | City | Cost |
|----------|------|------|------|
| Samuel Thumin | 10/7 | Washington, D.C. | $ 980.70 |
| Keyhan Kashfian | 10/20-21 | Canoga Park, CA | $ 1,276.00 |
| James Mandell | 10/29 | Philadelphia | $ 1,017.90 |
| John Weiland | 11/5 | Philadelphia | $ 594.20* |
| Jerome Swanson | 11/18 | Minneapolis | $ 509.40 |

* -- sans exhibits

However, prepayment is required on all transcript orders, and checks should be made payable to: Heritage Reporting Corporation. Once payment is received, the transcripts will be delivered immediately to your D.C. offices.

If you have any questions, or if I can be of further assistance, please feel free to call me at (202) 628-4888.

Sincerely,

John Van Winkle
Contracts Administration Manager

DENT-BOC-0000030



**ESQUIRE**
DEPOSITION SERVICES®
A HOBART WEST COMPANY

**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684          123886      BAMFR01
1020 19th Street, N.W.. Suite 620
Washington, D.C. 20036
Tel: (202)429-0014  Fax: (202)296-8652

| INVOICE NUMBER | DATE |
|---|---|
| 92055EDC | 09/15/99 |

To:

U.S. Department of Justice - 325
325 Seventh Street, N.W.
Suite 430
Washington, DC 20530

05/19/05

ATTN : Mark J. Botti, Esq.                    Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|

YOUR REFERENCE NUMBER:

CAPTION:

   UNITED STATES V. DENTSPLY INTERNATIONAL

SERVICES PROVIDED ON 08/16/99:
Therin Bruce Keeling          1- 146   146 PGS @ $2.50      365.00  1CC

Minuscript & ascii                                            15.00
Exhibits                       9 @   $0.50                     4.50
Delivery                                                      25.00
ACCOUNT SERVICE FEE                                           40.95

PAYMENTS RECEIVED                                           -450.45

BALANCE DUE                                    TOTAL        0.00   Thank You!

**\*\*\*SAVE $40.95**                        For Invoice Questions,
**AMOUNT DUE IF PAID BEFORE** 10/15/99   $-40.95        Please Call
**AMOUNT DUE IF PAID AFTER** 10/15/99   $450.45       (866) 377-5964
                                             Fax (973) 377-9543

Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - -

Remit To:

**Esquire Deposition Services, LLC**          JOB: 123886  TOT: $0.00
P.O Box 827829                                INVOICE #: 92055EDC
Philadelphia,PA 19182-7829                    DATE: 05/19/05
Tax ID # 22-3779684

U.S. Department of Justice - 325
Attn: Mark J. Botti, Esq.                    **ESQUIRE**
325 Seventh Street, N.W.                     DEPOSITION SERVICES®
Suite 430                                    A HOBART WEST COMPANY
Washington, DC 20530

LINKING TESTING

DENT-BOC-0000031

# HERITAGE REPORTING CORPORATION

*Official Reporters*
1220 L Street, N.W., Suite 600
Washington, D.C. 20005
Telephone: (202) 628-4888
Fax: (202) 371-0935

July 26, 1999

Kelly A. Clement
Howrey & Simon
1299 Pennsylvania Avenue, NW
Washington, D.C. 20004

Dear Mr. Clement·

Thank you for your transcript order for the July 20, 1999 depositions in the case of Ova Noss U.S. v. Dentsply International, Inc. The depositions of Ralph Langer and Richard Mariacher, taken in Boise, Idaho and Boston, Massachusetts, respectively, are now ready.

Combined, the total cost of this order is $ 1,690.85. The cost of the Langer deposition is $ 762.60, while the cost for the Mariacher deposition is $ 928.25. Please let me know how you wish to proceed in this matter.

If you have any questions, please feel free to call me at (202) 628-4888.

Sincerely,

John Van Winkle
Contracts Administration Manager

DENT-BOC-0000032



E S Q U I R E™
DEPOSITION SERVICES

Esquire Depositio
1020 19th Street, N
Washington, D.
(202) 429-0014   Fax:
Tax ID # 33-C

| | 1,236•08 | x |
|---|---|---|
| | 0•0575 | = |
| | 71•07 | * |
| | 71•07 | + |
| | 1,236•08 | + |
| | 1,307•15 | * |

| 13 | COLLR01 |
|---|---|
| NUMBER | DATE |
| 44 | 10/14/99 |

10/14/99

To:  Howrey & Simon
1299 Pennsylvania Avenue, N.W.
Second Floor
Washington, DC 20004

ATTN : Eric McCarthy, Esq.

Due upon receipt.

| AMOUNT DUE | ENCL |
|---|---|

YOUR REFERENCE NUMBER:

CAPTION:  UNITED STATES OF AMERICA V. DENTSPLY INT

SERVICES PROVIDED ON 08/27/99:

| | | AMOUNT DUE | ENCL |
|---|---|---|---|
| Thom Lantz (O+2/2) | 1- 229   229 PGS @ $3.88 | 887.38 | O+1 |
| Appearance Fee | | 250.00 | |

THIS IS A SPLIT INVOICE
      Expedited transcript

| Minuscript & ascii | | 15.00 |
|---|---|---|
| Medical/technical | 229 @  $0.30 | 68.70 |
| Delivery | | 15.00 |

TOTAL     | 1,236.08 |   Thank You!

CALL US, WE'LL COVER YOUR DEPOSITIONS-ANYWHERE! 800-441-3376

Please detach and send with payment

DENT-BOC-0000033



**Esquire Deposition Services**
1020 19th Street, NW    Suite 620
Washington, D.C. 20036
(202) 429-0014   Fax: (202) 296-8652

| 126885 | ESQUD04 |

Tax ID # 33-0781435

| INVOICE NUMBER | DATE |
|---|---|
| 97416 | 02/03/00 |

To: Howrey & Simon
1299 Pennsylvania Avenue, N.W.
Second Floor
Washington, DC 20004

ATTN : Eric McCarthy, Esq.

Due upon receipt.

| AMOUNT DUE | ENCL. |
|---|---|

YOUR REFERENCE NUMBER:

CAPTION: UNITED STATES OF AMERICA V. DENTSPLY IN

SERVICES PROVIDED ON 12/07/99:
Michael A. Macias          1- 268   268 PGS @ $4.75        1,273.00   O+1

Minuscript & ascii                                           15.00
Expedite delivery          268 @  $1.90                     509.20
Delivery                                                     10.00

```
   *    *    × ‖ *    *    +  +  *    × ‖ *    *    +  +  +  *
   0    0    2 • 7    0    1  1  1    2 • 9    0    1  5  1  1
   •    •    6 4 3    •    2  5  2    6 1 0    •    2  0  0  8
   0    0    8 • •    0    7  •  8    8 • 9  9  0    8  9  •  0
        0    •  7 0   0    3     8    •  0  •  0     •  •  1  7
             2  5 0        •     0    1  2  2  0     0  2  0  •
                  0        1          9     0        0        2
                  0        ,                ,        ,        0
```

1,807.20

**TOTAL** | 1,807.20 | Than

**CALL US, WE'LL COVER YOUR DEPOSITIONS-ANYWHERE!**

⬇ Please detach and send with payment

Remit To:

**Esquire Deposition Services**           JOB #: 126885  TOTAL: $1807.20
1020 19th Street, NW    Suite 620         INVOICE #: 97416
Washington, D.C. 20036                    DATE: 02/03/00

Howrey & Simon
Attn: Eric McCarthy, Esq.
1299 Pennsylvania Avenue, N.W.
Second Floor
Washington, DC 20004



A Record Of Excellence

DENT-BOC-0000034

# HERITAGE R        ORPORATION

980.70
1,276.00
1,017.90
594.20
509.40
4,378.20

4,378.20    X
0.0575      =
251.74      *

December 6, 1999

251.74      +
4,378.20    +
3,629.94    *

Kate Rutherford
Howrey & Simon
1299 Pennsylvania Avenue, N\
Washington, D.C.   20004-240

Dear Ms. Rutherford:

Transcripts from several more depositions taken in the case of U.S. v. Dentsply International, Inc., are now ready.

The cost of one standard deposition set (one paper transcript, one ascii disk and one minuscript with a keyword index), and exhibit copies or each, are shown below:

| Deponent | Date | City | Cost |
|---|---|---|---|
| Samuel Thumin | 10/7 | Washington, D.C. | $  980.70 |
| Keyhan Kashfian | 10/20-21 | Canoga Park, CA | $ 1,276.00 |
| James Mandell | 10/29 | Philadelphia | $ 1,017.90 |
| John Weiland | 11/5 | Philadelphia | $  594.20* |
| Jerome Swanson | 11/18 | Minneapolis | $  509.40 |

      * -- sans exhibits

However, prepayment is required on all transcript orders, and checks should be made payable to: Heritage Reporting Corporation. Once payment is received, the transcripts will be delivered immediately to your D.C. offices.

If you have any questions, or if I can be of further assistance, please feel free to call me at (202) 628-4888.

Sincerely

John Van Winkle
Contracts Administration Manager

DENT-BOC-0000035

# HERITAGE REPORTING CORPORATION

*Official Reporters*
1220 L Street, N.W., Suite 600
Washington, D.C. 20005
Telephone: (202) 628-4888
Fax: (202) 371-0935

July 26, 1999

Kelly A. Clement
Howrey & Simon
1299 Pennsylvania Avenue, NW
Washington, D.C. 20004

Dear Mr. Clement·

Thank you for your transcript order for the July 20, 1999 depositions in the case of Ova Noss U.S. v. Dentsply International, Inc. The depositions of Ralph Langer and Richard Mariacher, taken in Boise, Idaho and Boston, Massachusetts, respectively, are now ready.

Combined, the total cost of this order is $ 1,690.85. The cost of the Langer deposition is $ 762.60, while the cost for the Mariacher deposition is $ 928.25. Please let me know how you wish to proceed in this matter.

If you have any questions, please feel free to call me at (202) 628-4888.

Sincerely,

John Van Winkle
Contracts Administration Manager

TOTAL P.02

DENT-BOC-0000036



**Esquire Deposition Services**
1020 19th Street, NW    Suite 620
Washington, D.C. 20036
(202) 429-0014    Fax: (202) 296-8652
Tax ID # 33-0781435

| 127111 | ESQUD14 |
|--------|---------|
| INVOICE NUMBER | DATE |
| 97414 | 02/03/00 |

To:  Howrey & Simon
1299 Pennsylvania Avenue, N.W.
Second Floor
Washington, DC 20004

ATTN : Eric McCarthy, Esq.

Due upon receipt.

| | AMOUNT DUE | ENCL. |

YOUR REFERENCE NUMBER:

CAPTION: UNITED STATES OF AMERICA V. DENTSPLY IN

SERVICES PROVIDED ON 12/16/99:

| | | AMOUNT DUE | ENCL. |
|---|---|---|---|
| Lavon McGalliard | 1- 299   299 PGS @ $4.75 | 1,420.25 | 0+1 |
| Minuscript & ascii | | 15.00 | |
| Read & sign | | 5.00 | |
| Delivery | | 10.00 | |

```
   *     *     x  =  *      *      +   +   +   +   *
   0     0    299.  5     0     420.25  .00  .00 .00  .25
   .     .    ·  7     .      ·    15   5   10   450
   0     0    4·5 ·    0      1,         ·
   0.00  0.00 1,420.25    0.00  1,        1,
```

| | TOTAL | 1,450.25 |

**CALL US, WE'LL COVER YOUR DEPOSITIONS-ANYWHERE!**

↓ Please detach and send with payment

Remit To:

**Esquire Deposition Services**
1020 19th Street, NW    Suite 620
Washington, D.C. 20036

JOB #: 127111   TOTAL: $1450.25
INVOICE #: 97414
DATE: 02/03/00

Howrey & Simon
Attn: Eric McCarthy, Esq.
1299 Pennsylvania Avenue, N.W.
Second Floor
Washington, DC 20004



A Record Of Excellence

DENT-BOC-0000037

Olender Reporting, Inc.
1522 K Street, NW, Suite 215
Washington, DC 20005
Phone (202) 898-1108

# INVOICE

TAX I.D. NO.: 52-1353946

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 970157 | 03/19/97 | 1-11944 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 03/12/97 | FRANKI | |

Diana L. Dietrich, Esq.
Howrey & Simon
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004

| CASE CAPTION |
|---|
| In re: Dentsply |

| TERMS |
|---|
| NET 30 DAYS |

1 COPY OF TRANSCRIPT OF:
John C. Miles (5-day delivery)

| | | | |
|---|---|---|---|
| | EXHIBITS | 165 PGS @ 2.10/PAGE<br>24 PGS @ 0.25/PAGE | 346.50<br>6.00 |
| | (1 dep) CONDENSED W/IND | | 15.00 |
| | (1 dep) ASCII: PG-IMAGE | | 10.00 |
| | FREIGHT/DELIVERY | | 6.00 |
| | T O T A L   D U E   >>>> | | 383.50 |

The above transcript page rate reflects a
5 business day production schedule.

DENT-BOC-0000038

# HERITAGE REPORTING CORPORATION

*Official Reporters*
1220 L Street, N.W., Suite 600
Washington, D.C. 20005
Telephone: (202) 628-4888
Fax: (202) 371-0935

February 25, 2000

Kate Rutherford
Howrey & Simon
1299 Pennsylvania Avenue, NW
Washington, D.C.   20004-2402

re:    U.S. v. Dentsply, CA No. 99-005 (D.Del.);
       Howard Hess Dental Labs v. Dentsply, CA No. 99-255 (D.Del);
       Robert B. Raiber, DDC, P.C. v. Dentsply, CA No. 99-343 (D.Del.)

Dear Ms. Rutherford,

Per our previous conversation, the transcripts from the February 3, 2000 deposition of Cyril Buckley and the February 7, 2000 deposition of John C. Miles, II, are now available. The costs for each are detailed below:

| Deponent | Transcript cost | Exhibit Copies cost |
|----------|-----------------|---------------------|
| John C. Miles | $ 695.70 | Not yet available |
| Cyril Buckley | $ 324.50 | $ 204.50 |

As I understand that your firm is facing a hard deadline next week on this case, I will be in late this evening, should you require these transcripts immediately.

If you have any questions, or if I can be of further assistance, please feel free to call me at (202) 628-4888.

Sincerely,

John Van Winkle
Contracts Administration Manager

DENT-BOC-0000039

```
---- ----- ------------------ Invoice Inquiry --------------------------*
FIRM: HOSIWA HOWREY & SIMON
ATTN: CLEMKE KELLY A CLEMENT ESQ
1299 PENNSYLVANIA AVE NW          U.S. V DENTSPLY

WASHINGTON       ,DC 20004        FILE #:
-------------------- ------------ ----------------------- ------------*
```

| ACT DESCRIPTION/COMMENTS | DATE | REP/COM | TIME | PAGES | RATE | AMOUNT |
|---|---|---|---|---|---|---|

Job # UNIDEN105 / TERMS .0%/ 0 / INVOICE # 00085333 / INVOICE DATE 09/15/1999

| ACT DESCRIPTION/COMMENTS | DATE | REP/COM | TIME | PAGES | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| SUB CONTRACTOR | 08/12/1999 | ARC | 0.0 | 208.00 | 1.95 | 405.60 |
| PHILLIP M. MOYER | | 0.00 | | | | |
| EXHIBITS | 08/12/1999 | ARC | 0.0 | 68.00 | 0.25 | 17.00 |
| 79989 | | 0.00 | | | | |
| SUB CONTRACTOR | 08/12/1999 | ACRETZ | 0.0 | 208.00 | 0.00 | 0.00 |
| 79989 | | 328.00 | | | | |
| | 08/12/1999 | ARC | 0.0 | 0.00 | 0.00 | 0.00 |
| E-TRAN | | 0.00 | | | | |
| | | | | | TOTAL: | 457.60 |

```
<< Continue (Y/N) >>
------------------------------------------------------- Verify -*
```

DENT-BOC-0000040

FROM : ESQUIRE-DE                                              Dec. 13 1999 02:24PM P3

**Esquir**
1020 19tl                                    0
Wasl
(202) 429-0                        i52    123889    CRADD01
Tax

Howrey & Simon
1299 Pennsylvania Avenue, N.                      91705    09/02/99
Second Floor                    750·62
Washington, DC 20004                                      12/01/99

ATTN : David P. Burns, Esq.

                                40·32

UNITED STATES OF AMERICA

SERVICES PROVIDED ON 08/27/99:
Daniel Francis Murphy                     .85    554.40   O+1

Expedite delivery charge
Minuscript & ascii                                 15.00
Exhibits                    518 @  $0.30          155.40
Delivery                                           10.00

PAST DUE

734.80

**Esquire Deposition Services**        JOB #: 123889   **TOTAL: $734.80**
1020 19th Street, NW    Suite 620      INVOICE #: 91705
Washington, D.C. 20036                 DATE: 12/01/99

**Howrey & Simon**
Attn: David P. Burns, Esq.
1299 Pennsylvania Avenue, N.W.
Second Floor
Washington, DC 20004

DENT-BOC-0000041



**Esquire Deposition Services**
1020 19th Street, NW    Suite 620
Washington, D.C. 20036
(202) 429-0014    Fax: (202) 296-8652
Tax ID # 33-0781435

125015    BONAR01

| INVOICE NUMBER | DATE |
|---|---|
| 94993 | 11/30/99 |

To:    Howrey & Simon
1299 Pennsylvania Avenue, N.W.
Second Floor
Washington, DC 20004

ATTN : Eric McCarthy, Esq.          Due upon receipt.

| AMOUNT DUE | ENCL |
|---|---|

YOUR REFERENCE NUMBER:

CAPTION:  UNITED STATES OF AMERICA V. DENTSPLY INT

| SERVICES PROVIDED ON 10/30/99: | | | | |
|---|---|---|---|---|
| Wayne Murray | 1- 343 | 343 PGS @ $5.50 | 1,886.50 | O+1 |
| | | | | |
| Minuscript & ascii | | | 0.00 | |
| Read & sign | | | 5.00 | |
| Saturday pages | 343 @ | $1.00 | 343.00 | |
| Exhibits | 46 @ | $0.30 | 13.80 | |
| Delivery | | | 20.00 | |

TOTAL    **2,268.30**    *Thank You!*

**CALL US, WE'LL COVER YOUR DEPOSITIONS-ANYWHERE!**

Please detach and send with payment

DENT-BOC-0000042



**ESQUIRE**
DEPOSITION SERVICES

**Esquire Deposition Services**
1020 19th Street, NW    Suite 620
Washington, D.C. 20036
(202) 429-0014    Fax: (202) 296-8652
Tax ID # 33-0781435

| 127110 | COREQ01 |
|---|---|
| INVOICE NUMBER | DATE |
| 98254 | 02/28/00 |

**To:**  Howrey & Simon
1299 Pennsylvania Avenue, N.W.
Second Floor
Washington, DC 20004

ATTN : Eric McCarthy, Esq.                    Due upon receipt.

| AMOUNT DUE | PG/PG |
|---|---|

YOUR REFERENCE NUMBER:

CAPTION:  UNITED STATES OF AMERICA V. DENTSPLY IN

SERVICES PROVIDED ON 12/10/99:
Frank Nowtash              1- 209   209 PGS @ $4.75      992.75   0+1

Minuscript & ascii                                        15.00
Exhibits                            408 @  $0.30        122.40
Delivery                                                 10.00

|  | TOTAL | 1,140.15 | P |

CALL US, WE'LL COVER YOUR DEPOSITIONS-ANYWHERE!

↓ Please detach and send with payment

Remit To:

**Esquire Deposition Services**           JOB #: 127110   TOTAL: $1140.15
1020 19th Street, NW    Suite 620         INVOICE #: 98254
Washington, D.C. 20036                    DATE: 02/28/00

Howrey & Simon
Attn: Eric McCarthy, Esq.
1299 Pennsylvania Avenue, N.W.
Second Floor
Washington, DC 20004



ESQUIRE
DEPOSITION SERVICES

A Record Of Excellence

DENT-BOC-0000043



**ESQUIRE**
DEPOSITION SERVICES

Esquire Deposition Services
1020 19th Street, NW   Suite 620
Washington, D.C. 20036
(202) 429-001 ~   Fax: (202) 296-8652
Tax ID # 33-0781435

123914   JOHNM02

| INVOICE NUMBER | DATE |
|---|---|
| 92123 | 09/16/99 |

**To:**  Howrey & Simon
1299 Pennsylvania Avenue, N.W.
Second Floor
Washington, DC 20004

   ATTN : Eric McCarthy, Esq.

Due upon receipt.

| AMOUNT DUE | ENCL |
|---|---|

YOUR REFERENCE NUMBER:

CAPTION: UNITED STATES OF AMERICA V. DENTSPLY INT

   SERVICES PROVIDED ON 08/30/99:
   Michael O'Brien              1- 164   164 PGS                    O+1

      Expedited transcript
   Minuscript & ascii
   Delivery

**TOTAL**   804.00   *Thank You!*

   CALL US, WE'LL COVER YOUR DEPOSITIONS-ANYWHERE! 800-441-3376

Please detach and send with payment

DENT-BOC-0000044

PAGE

**ALDERSON REPORTING CO., INC.**
1111 14th Street, N.W., 4th Floor
Washington, D.C. 20005-5650

**INVOICE**

**FED. ID# 53-0257990**
**(202) 289-2260**
**(202) 289-2221 (FAX)**

OPEN DATE: 01/01/01
U.S. V DENTSPLY

ATT: RICHARD A RIPLEY ESQ
HOWREY & SIMON
1299 PENNSYLVANIA AVE NW
ATTN: MARTY UTERMOHLE
WASHINGTON      DC 20004

FILE #:

| JOB NUMBER | CASE NUMBER | TERMS | INVOICE NO. | INVOICE DATE | |
|---|---|---|---|---|---|
| UNIDEN106 | | NET | 00085334 | 09/15/99 | |

| COURT REPORTING/LITIGATION SUPPORT SERVICES | DATE | UNITS | PAGES | RATE | AMOUNT |
|---|---|---|---|---|---|
| 20B TRANSCRIPT COPY SALE GEORGE OBST PHOENIX, AZ 79988 | 08/11/99 | | 218 | 1.75 | 381. |
| EXHIBITS 79988 | 08/11/99 | | 45 | .25 | 11. |
| SHIPPING & HANDLING 79988 | 09/03/99 | | | | 35. |
| | | | | | ----- |
| | | | | | 427. |
| FREE MIN-U-SCRIPT 79988 | 08/11/99 | | | | |
| FREE ASCII DISK 79988 | 08/11/99 | | | | |

SALES TAX

INVOICE TOTAL      ( CONTINUED

DENT-BOC-0000045



# ESQUIRE
**DEPOSITION SERVICES**

**Esquire Deposition Services**
1020 19th Street, NW   Suite 620
Washington, D.C. 20036
(202) 429-0014   Fax: (202) 296-8652   **127273    VOWEJ01**
Tax ID # 33-0781435

| INVOICE NUMBER | DATE |
|---|---|
| 98358 | 02/29/00 |

To:   Howrey & Simon
1299 Pennsylvania Avenue, N.W.
Second Floor
Washington, DC 20004

ATTN : Eric McCarthy, Esq.

02/29/00

Due upon receipt.

| AMOUNT DUE | ENCL |
|---|---|

YOUR REFERENCE NUMBER:

CAPTION:   UNITED STATES OF AMERICA V. DENTSPLY IN

SERVICES PROVIDED ON 01/18/00:
Lori Paulson                    1- 232   232 PGS @ $4.75          1,102.00  .O+1

Minuscript & ascii                                                   15.00
Exhibits                                 435 @   $0.30            130.50
Delivery                                                             10.00

```
  *    x  :  *    *    x  :  *    *    +  +  +  +  *
  0    2  3  4    0    4  0  1    0    1  1  1  1  1
  .    3  .  .    .    3  .  3    .    ,  5  3  0  ,
  0    2  7  1    0    5  3  0    0    1  .  0  .  2
       .  5  0         .  0       .    0  0  .  0  5
          .  0         3  5       0    2     5  0  7
          0  2         0  0            .        0  .
             .                             .        5
             0                             0        0
             0                             0
             .                             .
             0                             0
             0                             0
```

**TOTAL** | 1,257.50 | Thank You!

**CALL US, WE'LL COVER YOUR DEPOSITIONS-ANYWHERE!**

↕ Please detach and send with payment

Remit To:
**Esquire Deposition Services**         JOB #: 127273   TOTAL: $1257.50
1020 19th Street, NW   Suite 620        INVOICE #: 98358
Washington, D.C. 20036                  DATE: 02/29/00

Howrey & Simon
Attn: Eric McCarthy, Esq.
1299 Pennsylvania Avenue, N.W.
Second Floor
Washington, DC 20004



# ESQUIRE
**DEPOSITION SERVICES**

A Record Of Excellence

DENT-BOC-0000046

MAY-19-2005  16:43          HERITAGE REPORTING                    202 371 0935    P.03

## Heritage Reporting Corporation

# Invoice

1220 L. Street, NW  Suite 600
Washington, DC  20005-4018
Federal ID: 52-1491518
(202) 628-4888

| DATE | INVOICE NO. |
|------|-------------|
| 8/2/1999 | 7134 |



| BILL TO |
|---------|
| DOJ, Antitrust Division<br>Attn:  Frederick Young, Esq.<br>325 7th Avenue, NW  4th FLoor<br>Washington, D.C. 20530 |

| Contract #/PO | | | | SET | |
|---|---|---|---|---|---|
| BPA | | | Hand Del | Depo Set | |
| ITEM | TITLE/DOCKET/LOCATION | PAGES | RATE | AMOUNT | |
| 990716008 | U.S. v. Dentsply Int. / Frederick Young, Esq.<br>5-B Delivery / Denver, Colorado<br>No. 99-005 (MMS) / Deposition<br>of Richard L. Peebles<br>Pages 1-297 | 297 | 3.45 | 1,024.65 | |
| 5 | Volume Discount: Contract 9XTDOJ-0184 | | -3.00% | -30.74 | |
| 1 | Hand delivery | | 20.00 | 20.00 | |

| **Total** | **$1,013.91** |
|-----------|----------|

DENT-BOC-0000047



Olender Reporting, Inc.
1522 K Street, NW, Suite 215
Washington, DC 20005
Phone (202) 898-1108

TAX I.D. NO.: 52-1358346

Diana L. Dietrich, Esq.
Howrey & Simon
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 960953 | 10/23/96 | 1-11608 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 10/17/96 | FRANKI | |

CASE CAPTION

In re: Dentsply

TERMS

NET 30 DAYS

---

1 COPY OF TRANSCRIPT OF:
   David Pohl (10-day delivery)       150 PGS @ 1.80/PAGE      270.00
                          EXHIBITS     23 PGS @ 0.25/PAGE        5.75

                          (1 dep) CONDENSED W/IND              15.00
                          (1 dep) ASCII: PG-IMAGE              10.00
                                  FREIGHT/DELIVERY              6.00
                                                         ==========
                              T O T A L   D U E   >>>>        306.75


The above transcript page rate reflects a
10 business day production schedule.

DENT-BOC-0000048

# GE REPORTING CORPORATION

*Official Reporters*
1220 L Street, N.W., Suite 600
Washington, D.C. 20005
Telephone: (202) 628-4888
Fax: (202) 371-0935

November 22, 1999

Kelly Clement, ESQ.
Howrey & Simon
1299 Pennsylvania Avenue, NW
Washington, D.C. 20004-2402

Dear Mr. Clement:

Transcripts from the November 3, 1999 deposition of David R. Pohl, taken in the case of U.S. v. Dentsply International, Inc., are now ready.

The cost of one standard deposition set (with exhibit copies) of this 248 page deposition, would be. $ 845.20.

If you do wish to receive copies of this transcript, please call me when payment is prepared, and I can have one of my staff couriers delivery the transcript. As always, prepayment is required on all transcript orders from non-clients, and checks should be made payable to: Heritage Reporting Corporation.

If you have any questions, or if I can be of further assistance, please feel free to call me at (202) 628-4888.

Sincerely,

John Van Winkle
Contracts Administration Manager

DENT-BOC-0000049



**Esquire Deposition Services, LLC**
**A Hobart West Company**
Tax ID # 22-3779684                    129485    WILC 01
1020 19th Street, N.W.. Suite 620
Washington, D.C. 20036
Tel: (202)429-0014  Fax: (202)296-8652

To:

U.S. Department of Justice - 325
325 Seventh Street, N.W.
Suite 430
Washington, DC 20530

| INVOICE NUMBER | DATE |
|---|---|
| 99461EDC | 03/31/00 |

05/19/05

ATTN : Frederick Young, Esq.          Due Upon Receipt    | AMOUNT DUE | ENCL. |

YOUR REFERENCE NUMBER:

CAPTION:

UNITED STATES V. DENTSPLY INTERNATIONAL

SERVICES PROVIDED ON 03/23/00:
John Ryan                    1- 233  233 PGS @ $3.00      699.00  1CC

Minuscript & ascii                                        15.00
Exhibits                              14 @  $0.30          4.20
2-day delivery - copy                233 @  $1.25        291.25
Delivery                                                 10.00
ACCOUNT SERVICE FEE                                      101.95

PAYMENTS RECEIVED                                    -1,134.66

BALANCE DUE                          TOTAL    -13.26  Thank You!

***SAVE 101.95
AMOUNT DUE IF PAID BEFORE  04/30/00  $-115.21
AMOUNT DUE IF PAID AFTER   04/30/00  1,121.40

For Invoice Questions,
Please Call
(866) 377-5964
Fax (973) 377-9543

Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**Esquire Deposition Services, LLC**        JOB: 129485  TOT: $-13.26
P.O Box 827829                              INVOICE #: 99461EDC
Philadelphia,PA 19182-7829                  DATE: 05/19/05
Tax ID # 22-3779684

U.S. Department of Justice - 325
Attn: Frederick Young, Esq.
325 Seventh Street, N.W.
Suite 430
Washington, DC 20530



LINKING TESTIMONY, TRADITION AND TECHNOLOGY

DOJ-C-054

DENT-BOC-0000050



**ESQUIRE**
DEPOSITION SERVICES

**Esquire Deposition Services**
1020 19th Street, NW   Suite 620
Washington, D.C. 20036
(202) 429-0014   Fax: (202) 296-8652
Tax ID # 33-0781435

127272    ESQUD02

| INVOICE NUMBER | DATE |
|---|---|
| 97131 | 01/27/00 |

**To:**
Howrey & Simon
1299 Pennsylvania Avenue, N.W.
Second Floor
Washington, DC 20004

ATTN : Eric McCarthy, Esq.

Due upon receipt.

| AMOUNT DUE | ENCL. |
|---|---|

YOUR REFERENCE NUMBER:

CAPTION:  UNITED STATES OF AMERICA V. DENTSPLY IN

| | | | AMOUNT DUE | ENCL. |
|---|---|---|---|---|
| SERVICES PROVIDED ON 01/11/00: | | | | |
| Barry Salzman w/Becker-Parkin | 1- 210 | 210 PGS @ $4.75 | 997.50 | O+1 |
| Ascii disk | | | 15.00 | |
| Expedite delivery | | 210 @  $1.90 | 399.00 | |
| Next day delivery | | | 30.00 | |

**TOTAL**   1,441.50   *Thank You!*

**CALL US, WE'LL COVER YOUR DEPOSITIONS-ANYWHERE!**



**Esquire Deposition Services**
1020 19th Street, NW   Suite 620
Washington, D.C. 20036
(202) 429-0014   Fax: (202) 296-8652
Tax ID # 33-0781435

126647    ESQUD02

| INVOICE NUMBER | DATE |
|---|---|
| 95230 | 12/06/99 |

To:  Howrey & Simon
1299 Pennsylvania Avenue, N.W.
Second Floor
Washington, DC 20004

ATTN : Eric McCarthy, Esq.

Due upon receipt.

| AMOUNT DUE | ENCL. |
|---|---|

YOUR REFERENCE NUMBER:

CAPTION:  UNITED STATES OF AMERICA V. DENTSPLY INT

SERVICES PROVIDED ON 11/15/99:
Saul Shernowitz            1- 218   218 PGS @ $6.00      1,308.00    O+1

Minuscript & ascii                                          0.00
Read & sign                                                 5.00
Exhibits                       200 @  $0.30               60.00
Delivery                                                   20.00

| TOTAL | 1,393.00 |
|---|---|

Thank You!

**CALL US, WE'LL COVER YOUR DEPOSITIONS-ANYWHERE!**

↓ Please detach and send with payment

ESQUIRE
DEPOSITION SERVICES

Esquire Deposition Services
1020 19th Street, NW    Suite 620
Washington, D.C. 20036
(202) 429-0014   Fax: (202) 296-8652
Tax ID # 33-0781435

| INVOICE NUMBER | DATE |
|---|---|
| 129395 | ESQUD08 |
| 98924 | 03/17/00 |

To:  Howrey & Simon
1299 Pennsylvania Avenue, N.W.
Second Floor
Washington, DC 20004

ATTN : Eric McCarthy, Esq.

YOUR REFERENCE NUMBER:

CAPTION:  UNITED STATES OF AMERICA V. DENTSPLY IN

SERVICES PROVIDED ON 03/09/00:
Ray Siecinski                    1- 206   206 PGS @ $4.75         978.50

Minuscript & ascii                                                 15.00
Exhibits                         31 @  $0.30                        9.30
Read & sign                                                         5.00
Delivery                                                           10.00

TOTAL        1,017.80

**CALL US, WE'LL COVER YOUR DEPOSITIONS-ANYWHERE!**

↓ Please detach and send with payment

Remit To:
**Esquire Deposition Services**
1020 19th Street, N.W.
Suite 620
Washington, DC 20036
Tax ID # 33-0781435

JOB #: 129395  TOTAL: $1017.80
INVOICE #: 98924 DC
DATE: 03/17/00

Howrey & Simon
Attn: Eric McCarthy, Esq.
1299 Pennsylvania Avenue, N.W.
Second Floor
Washington, DC 20004



ESQUIRE
DEPOSITION SERVICES
A Record Of Excellence

DENT-BOC-0000053



# ESQUIRE
DEPOSITION SERVICES

**Esquire Deposition Services**
1020 19th Street, NW    Suite 620
Washington, D.C. 20036
(202) 429-0014   Fax: (202) 296-8652
Tax ID # 33-0781435

| 126889 | MEHLH01 |
|---|---|
| INVOICE NUMBER | DATE |
| 95298 | 12/07/99 |

To: Howrey & Simon
1299 Pennsylvania Avenue, N.W.
Second Floor
Washington, DC 20004

ATTN : Eric McCarthy, Esq.

Due upon receipt.

| AMOUNT DUE | ENCL. |
|---|---|

YOUR REFERENCE NUMBER:

CAPTION:  UNITED STATES OF AMERICA V. DENTSPLY INT

SERVICES PROVIDED ON 12/01/99:

| | | | AMOUNT DUE | ENCL. |
|---|---|---|---|---|
| Jack Silcox | 1- 153 | 153 PGS @ $4.05 | 619.65 | O+1 |
| Appearance Fee | | | 250.00 | |
| Minuscript & ascii | | | 15.00 | |
| Read & sign | | | 5.00 | |
| Exhibits | 43 @ | $0.30 | 12.90 | |

| TOTAL | 902.55 | *Thank You!* |
|---|---|---|

**CALL US, WE'LL COVER YOUR DEPOSITIONS-ANYWHERE!**

↧ Please detach and send with payment

DENT-BOC-0000054

**Esquire Deposition Services**
1020 19th Street, NW    Suite 620
Washington, D.C. 20036
(202) 429-0014    Fax: (202) 296-8692    126889    ESQUIRE
Tax ID # 33-0781435

Howrey, Simon, Arnold & White
1299 Pennsylvania Avenue. N.W.    100459    05/04/00
Second Floor
Washington. DC 20004    10/23/00

ATTN : Eric McCarthy, Esq.


UNITED STATES V. DENTSPLY INTERNATIONAL

SERVICES PROVIDED ON 12/21/99:
Morton Spatt    1- 410    410 PGS @ 4.75    1,947.50    041

Minuscript - No charge    0.00
Delivery    10.00


1,957.50


CALL US, WE'LL COVER YOUR DEPOSITIONS-ANYWHERE!


Esquire Deposition Services    JOB #: 126888    TOTAL: $1957.50
1020 19th Street, N.W.    INVOICE #: 100459 EDC
Suite 620    DATE: 10/23/00
Washington, DC 20036
Tax ID # 33 0781435

Howrey, Simon, Arnold & White
Attn: Eric McCarthy, Esq.
1299 Pennsylvania Avenue, N.W.
Second Floor
Washington, DC 20004

DENT-BOC-0000055

# INVOICE
# # 7440

## Paradigm Reporting & Captioning
527 Marquette Avenue South
1400 Rand Tower
Minneapolis, MN 55402
(612)339-0545

DATE:   11/16/99
Paradigm Reporting & Captioning thanks you for your business.

TO:    Eric J. McCarthy, Esq.
       Howrey & Simon
       1299 Pennsylvania Avenue, NW
       Washington, DC 20004-2402

Federal ID #: 41-1887042
Job Date: 11/9/99
Invoice Date: 11/16/1999

| Financial Terms | |
|---|---|
| Net 30 | |

| Job Name | Date Due |
|---|---|
| United States of America, et al. vs. Dentsply International, Inc., et al. - | 12/16/99 |

| Reporter | Witness Name | Item Description | | | | |
|---|---|---|---|---|---|---|
| Lisa Dyer | Kathlene J. Warren | One regular copy<br>Condensed copy<br>Word Index<br>ASCII Disk<br>Exhibits<br>Delivery Charges | | | | |

A finance charge of 1.5% per month or the maximum allowed by law may be charged on all balances more than 30 days past due.

| Sub Total | | | Invoice Total | Amount Paid | BALANCE |
|---|---|---|---|---|---|
| $368.35 | | | $368.35 | ($.00) | $368.35 |

DENT-BOC-0000056

# HERITAGE R            ORPORATION

980.70 ✓+
1,276.00 ✓
1,017.90 ✓
594.20 ✓+
509.40 ✓+
4,378.20

4,378.20  x
0·0575  =
251.74  *

251.74  +
4,378.20  +
4,62?·9?  *

December 6, 1999

Kate Rutherford
Howrey & Simon
1299 Pennsylvania Avenue, N\
Washington, D.C.   20004-240

Dear Ms. Rutherford:

Transcripts from several more depositions taken in the case of U.S. v. Dentsply International, Inc., are now ready.

The cost of one standard deposition set (one paper transcript, one ascii disk and one minuscript with a keyword index), and exhibit copies or each, are shown below:

| Deponent | Date | City | Cost |
|---|---|---|---|
| Samuel Thumin | 10/7 | Washington, D.C. | $   980.70 |
| Keyhan Kashfian | 10/20-21 | Canoga Park, CA | $ 1,276.00 |
| James Mandell | 10/29 | Philadelphia | $ 1,017.90 |
| John Weiland | 11/5 | Philadelphia | $   594.20* |
| Jerome Swanson | 11/18 | Minneapolis | $   509.40 |

* -- sans exhibits

$ 4378.20

However, prepayment is required on all transcript orders, and checks should be made payable to: Heritage Reporting Corporation. Once payment is received, the transcripts will be delivered immediately to your D.C. offices.

If you have any questions, or if I can be of further assistance, please feel free to call me at (202) 628-4888.

Sincerely

John Van Winkle
Contracts Administration Manager

DENT-BOC-0000057

HALASZ REPORTING                          Make check payable to:
P.O. Box 1644                                Halasz Reporting
Richmond, Virginia 23218-1644                Fed. Id: 54-1370651
(804) 741-5215

                                          INVOICE NO.  99LL020

                        October 26, 1999

_____

For Professional Services Rendered:

Eric J. McCarthy, Esquire
HOWREY & SIMON
1299 Pennsylvania Ave., N.W.
Washington, DC 20004-2402

        Re:    United States of America v. Dentsply International, Inc.
               MMS 95-0005


               DATE:  October 21, 1999
               Deposition of William G. Willits


Attendance, expedited original transcript,
 ASCII disk, mini-script:                              $1,020.50


Original transcript enclosed
Original exhibits enclosed.
Copy of transcript and original signature
 page forwarded to deponent for reading and signing


            *PLEASE INCLUDE A COPY OF THIS BILL WITH PAYMENT*

                   PAYMENT DUE WITHIN 30 DAYS
           INTEREST TO ACCRUE AT 12% PER ANNUM THEREAFTER


LAWYER: Eric J. McCarthy
REPORTER:  Lisa T. Lineberry


                        *THANK YOU*


DENT-BOC-0000058

INVOICE
# 7532

# Paradigm Reporting & Captioning

527 Marquette Avenue South
1400 Rand Tower
Minneapolis, MN 55402
(612)339-0545

DATE:   11/29/99
Paradigm Reporting & Captioning thanks you for your business.

TO:   Richard A. Ripley, Esq.
Howrey & Simon
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2402

Federal ID #: 41-1887042
Job Date: 11/8/99
Invoice Date: 11/29/1999

| Financial Terms | | | | Date Due |
|---|---|---|---|---|
| Net 30 | | | | |

| Job Name | | | | Date Due |
|---|---|---|---|---|
| United States of America, et al. vs. Dentsply International, Inc. -- | | | | 12/29/99 |

| Reporter | Witness Name | Item Description | | |
|---|---|---|---|---|
| Cheryl Seeman | James Wiltz | One regular copy | | |
| | | Condensed copy | | |
| | | Word Index | | |
| | | ASCII Disk | | |
| | | Exhibits | | |
| | | Exhibit Binder | | |
| | | Delivery Charges | | |

**A finance charge of 1.5% per month or the maximum allowed** all
**balances more than 30 days past due.**

| Sub Total | | | Invoice Total | Amount Paid | BALANCE |
|---|---|---|---|---|---|
| $714.85 | | | $714.85 | ($.00) | $714.85 |

DENT-BOC-0000059



# RALPH FINK & ASSOCIATES, INC.

## FINK & CARNEY

Reporting and Video Services
Certified Stenotype Reporters

**Remit to:**
24 West 40th Street, 15th Floor
New York, N.Y. 10018

**Bill To:**

ERIC J. MCCARTHY, ESQ.
HOWREY & SIMON
1299 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, DC  20004-2402

**INVOICE**

57627

| DATE | CLIENT | FILE |
|------|--------|------|
| 07/12/1999 | 6826 | 3348 |

Re: DENTSPLY INTERNATIONAL   U.S.
Assignment Date: July 09, 1999

DEPOSITION OF DANNY R. WONG

| | | | |
|---|---|---|---|
| 1C TRANSCRIPT DAILY | 234.0 | Pages | 1,474.20 |
| EXHIBIT TABBING | 7.0 | | 2.59 |
| FEDERAL EXPRESS | 1.0 | | 38.50 |
| PHOTOCOPYING DOCUMENTS | 14.0 | | 5.04 |

```
                                    =========
            Total Amount $  1,520.33
       Less Paid To Date $      0.00
            Total due $  1,520.33
```

   

**1**

**Tax I.D. No.**
**13-2656827**

**FAX 212 869-3053**

**Method of Payment:**          RALPH FINK & ASSOCIATES, INC.

☐ Check Enclosed              ☐ Charge my Credit Card:          Signature (as it appears on your credit card)

Please Make Checks Payable to:    American Express Only
**Fink & Carney**

☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐☐☐    Print Name (as it appears on your credit card)

Credit Card #                              Exp. Date       Daytime Phone

DENT-BOC-0000060

# HERITAGE REPORTING CORPORATION

*Official Reporters*
1220 L Street, N.W., Suite 600
Washington, D.C. 20005
Telephone: (202) 628-4888
Fax: (202) 371-0935

September 23, 1999

Kelly Clement, ESQ.
Howrey & Simon
1299 Pennsylvania Avenue, NW
Washington, D.C.   20004

Dear Mr. Clement:

Your order for transcripts from the September 2 deposition of Michael Golden, September 8 deposition of Robert Francouer and September 9 deposition of William Yacola, taken in the case of U.S. v. Dentsply International, Inc., is now ready.

The cost of your order (with exhibit copies) is : $ 1,774.50.  Please notify my office when payment is ready, and I will have one of our staff couriers deliver the transcripts to you.

If you have any questions, or if I can be of further assistance, please feel free to call me at (202) 628-4888.

Sincerely,

John Van Winkle
Contracts Administration Manager

Reporters in Major Cities Coast-to-Coast
DEPOSITIONS - ARBITRATIONS - CONFERENCES - TRANSCRIPTION
I.M.P.A.C.  charges accepted

DENT-BOC-0000061

UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| HOWARD HESS DENTAL LABORATORIES INCORPORATED AND PHILIP GUTTIEREZ d/b/a DENTURES PLUS, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>DENTSPLY INTERNATIONAL INC.,<br><br>        Defendant. | **Civil Action No. 99-CV-255** |

## DECLARATION OF DAVID W. NICHOLS IN SUPPORT OF DEFENDANT DENTSPLY INTERNATIONAL INC.'S BILL OF COSTS

1.   My name is David W. Nichols. I am over the age of eighteen and competent to give testimony. The information set forth below is based on my own personal knowledge.

2.   I am currently employed at the law firm Latham & Watkins LLP in Washington, D.C. as a Litigation Analyst. As Litigation Analyst for the Antitrust Department, I manage and oversee all paralegal responsibilities for several complex litigation cases, including the hiring of copy vendors. One of the cases that I currently manage is the Dentsply International Inc. ("Dentsply") litigation. I have held that position since July 2005.

3.   I have worked as a paralegal since January 1994. Since that time, I have retained multiple copy vendors to assist me with copying documents for case filings.

4.        On May 3, 2000, Dentsply filed its motion for summary judgment in the above-captioned case. In connection with this motion, Dentsply filed a supporting appendix that consisted of 2051 pages. In accordance with the Local Rules of this Court, Dentsply filed two copies of the motion and appendix with the Court and served one copy on counsel for the plaintiffs. The total number of pages for three copies of the appendix was 6153.

5.        In May 2000, I was not yet employed by Howrey Simon Arnold & White, Dentsply's then counsel responsible for filing the motion for summary judgment. However, I was employed by Chadbourne & Parke in Washington, D.C. as a Senior Paralegal, and had responsibility for retaining vendors to assist me with court filings and associated copying and printing jobs. I therefore have knowledge of the standard rates for copy jobs of this nature during this time period.

6.        Based on my experience and knowledge, I estimate that Dentsply's copy vendor would have charged Dentsply approximately 15 cents per page copied. Therefore, Dentsply paid approximately $922.95 for three copies of the appendix. This figure does not include the cost of binding the documents.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 27, 2005 in Washington, D.C.

DAVID W. NICHOLS