IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
HOWARD HESS DENTAL LABORATORIES INCORPORATED :
and PHILIP GUTTIEREZ d/b/a DENTURES PLUS, on behalf of :
themselves and all others similarly situated, :
:
                                     Plaintiffs, :
: Civil Action
    v. : No. 99-255 (SLR)
:
DENTSPLY INTERNATIONAL, INC., :
:
                                     Defendant. :
:
------------------------------------------------------------X

## NOTICE OF FIRM NAME CHANGE

PLEASE TAKE NOTICE that the name of Goodkind Labaton Rudoff & Sucharow LLP, Counsel for Plaintiffs, has changed to:

Labaton Sucharow & Rudoff LLP

The firm's Address, telephone and facsimile numbers remain the same.

Dated: November 14, 2005           CHIMICLES & TIKELLIS LLP

                                                                   Pamela S. Tikellis (No. 2171)
                                                                   Robert J. Kriner, Jr. (No. 2546)
                                                                   Robert R. Davis (No. 4536)
                                                                   One Rodney Square
                                                                   P.O. Box 1035
                                                                   Wilmington, Delaware 19801
                                                                   (302) 656-2500

LABATON SUCHAROW
  & RUDOFF LLP
Thomas A. Dubbs
Richard T. Joffe
100 Park Avenue
New York, New York  10017-5563
(212) 907-0700

Attorneys for Plaintiffs