CERTIFICATE OF SERVICE

I, Robert R. Davis, do hereby certify that on this 14th day of November, 2005, I caused copies of the foregoing Notice of Firm Name Change to be served on defendants' counsel in the manner indicated below.

**BY E-FILING**
William D. Johnston
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600

_____
Robert R. Davis (#4536)