IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
:
HOWARD HESS DENTAL LABORATORIES INCORPORATED :
and PHILIP GUTTIEREZ d/b/a DENTURES PLUS, on behalf of :
themselves and all others similarly situated, :
:
                             Plaintiffs, :
: Civil Action
       -against- : No. 99-255 (SLR)
:
DENTSPLY INTERNATIONAL, INC., :
:
                             Defendant. :
:
------------------------------------------------------------X

## MOTION PRO HAC VICE

Robert R. Davis, a member of the bar of this Court, pursuant to Local Rule 83.5(c) and the attached certification, moves the admission pro hac vice of Richard T. Joffe of Labaton Rudoff & Sucharow LLP, 100 Park Avenue, New York, New York 10117-5563 to represent plaintiffs, in this action.

Dated:  November 22, 2005                CHIMICLES & TIKELLIS LLP

                                                  _/s/ Robert Davis_
                                                  Pamela S. Tikellis (No. 2171)
                                                  Robert J. Kriner, Jr. (No. 2546)
                                                  Robert R. Davis (No. 4536)
                                                  One Rodney Square
                                                  P.O. Box 1035
                                                  Wilmington, Delaware  19801
                                                  (302) 656-2500

LABATON SUCHAROW
 & RUDOFF LLP
Richard T. Joffe (No. 2712)
100 Park Avenue
New York, New York  10017-5563
(212) 907-0700

Attorneys for Plaintiffs

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further hereby certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: 11/9/05

Richard T. Yoffe
LABATON SUCHAROW & RUDOFF LLP
100 Park Avenue
New York, NY 10017

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
------------------------------------X
                                    :
HOWARD HESS DENTAL LABORATORIES INCORPORATED :
and PHILIP GUTTIEREZ d/b/a DENTURES PLUS, on behalf of :
themselves and all others similarly situated, :
                                    :
                    Plaintiffs,     :
                                    :   Civil Action
        -against-                   :   No. 99-255 (SLR)
                                    :
DENTSPLY INTERNATIONAL, INC.,       :
                                    :
                    Defendant.      :
                                    :
------------------------------------X
```

**<u>ORDER</u>**

IT IS HEREBY ORDERED that the Motion of counsel for plaintiffs for admission <u>pro</u> <u>hac</u> <u>vice</u> of Richard T. Joffe of Labaton Rudoff & Sucharow LLP, 100 Park Avenue, New York, New York 10117-5563 to represent the plaintiffs in this matter is hereby GRANTED.

Dated: _____, 2005

_____
United States District Judge