# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

November 30, 2005



Clerk
United States Court of Appeals for the Third
Circuit
601 Market Street, Room 21400
Philadelphia, PA 19106

Re: Howard Hess Dental Laboratories, Inc. and Philip Gutierrez, dba
Dentures Plus, on behalf of themselves and all other similarly
situated
v. Dentsply International, Inc.
Application No. 05A501
(Your No. 04-1979)

99-CV-255 SLR

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Souter, who on November 30, 2005 extended the time to and including February 18, 2006.

This letter has been sent to those designated on the attached notification list.

Sincerely,

**William K. Suter**, Clerk

by

Clayton Higgins
Case Analyst

