## CERTIFICATE OF SERVICE

I, Daniel J. Brown, do hereby certify that on this 28th day of April, 2006, I caused copies of the Notice of Appearance and Notice of Withdraw to be served on the following counsel addressed by electronic filing as follows:

**BY E-FILING**
William D. Johnston
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Daniel J. Brown (I.D. No. 4688)