IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------ x
                                :
HOWARD HESS DENTAL LABORATORIES : Civil Action No. 99-255 (SLR)
INCORPORATED and PHILIP GUTTIEREZ :
d/b/a DENTURES PLUS, on behalf of :
themselves and all others similarly situated, :
                                :
                                :
              Plaintiffs,       :
                                :
      -against-                 :
                                :
DENTSPLY INTERNATIONAL, INC.,   :
                                :
                                :
              Defendant.        :
------------------------------- x
```

## NOTICE OF WITHDRAW

TO:   Clerk of the Court
      District Court of Delaware
      800 N. King Street
      Wilmington, DE 19801

**PLEASE WITHDRAW** the appearance of Robert Davis, Esquire, as attorney for plaintiffs, Howard Hess Dental Laboratories Incorporated and Philip Guttierez d/b/a Dentures Plus.

CHIMICLES & TIKELLIS LLP

*/s/ Robert Davis*

Robert Davis (I.D. No. 4536)
Chimicles & Tikellis LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
(302) 656-2500

DATED: April 28, 2006