# Chimicles & Tikellis LLP
### ATTORNEYS AT LAW

One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
Telephone: (302) 656.2500
Telecopier: (302) 656.9053
E-mail: Mail@Chimicles.com

August 11, 2006

Nicholas E. Chimicles
Pamela S. Tikellis *
James R. Malone, Jr.
Michael D. Gottsch
Robert J. Kriner, Jr. *
Steven A. Schwartz
Kimberly M. Donaldson
M. Katherine Meermans
Joseph G. Sauder
Daniel B. Scott
Fatema E.F. Burkey
Kimberly M. Litman
Timothy N. Mathews
A. Zachary Naylor *
Timothy P. Briggs
Daniel J. Brown *
Benjamin F. Johns

OF COUNSEL
Morris M. Shuster
Denise Davis Schwartzman
Anthony Allen Geyelin
Candice L.H. Hegedus

*Attorneys admitted to
practice in Delaware

**By E-File and Hand Delivery**

Honorable Sue L. Robinson
United States District Court
J. Caleb Boggs Federal Building
844 King Street
Lockbox 31
Wilmington, DE 19801

> Re: Howard Hess Dental Labs. Inc., et al. v. Dentsply Internat'l, Inc., C.A. No. 99-255 (SLR), and Jersey Dental Labs., et al. v. Dentsply Internat'l, Inc., C.A. No. 01-267 (SLR)

Dear Chief Judge Robinson:

Plaintiffs respectfully submit this letter to facilitate the conference scheduled for August 16, 2006, by providing Your Honor with Plaintiffs' view of the open issues in these two related cases, as presented to me by Lead Counsel for Plaintiffs and the Putative Class, who, with Your Honor's permission, will address the Court on behalf of Plaintiffs in the August 16, 2006 conference.

### Background

As Your Honor knows, *Hess* involves only one defendant—Dentsply. *Jersey Dental* involves twenty-three defendants, including Dentsply and twenty-two of Dentsply's dealers (originally, twenty-six dealers were named as defendants, but four have been dismissed, pursuant to stipulations between Plaintiffs and each of those four defendants).

By Order, dated January 22, 2004, Your Honor stayed both cases, pending the outcome of Plaintiffs' appeal of your decisions, in *both cases*, that denied Plaintiffs standing to recover damages from Dentsply for its *exclusive dealing/monopoly maintenance*, and your decision in *Jersey Dental* that denied Plaintiffs standing to recover damages from Dentsply for its alleged *vertical, retail price-fixing*.

HAVERFORD OFFICE
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642.8500
Telecopier: (610) 649.3633



On September 21, 2005, the Third Circuit issued its decision on the appeal, holding that Plaintiffs in both cases *do not* have standing to recover damages from Dentsply for its exclusive dealing/monopoly maintenance, but that, in *Jersey Dental*, Plaintiffs *do* have standing to recover damages from Dentsply for its alleged vertical, retail price-fixing.

Plaintiffs' standing to recover damages from the *other defendants*, whether regarding the alleged exclusive dealing/monopoly maintenance conspiracy *or* the alleged vertical, retail price-fixing conspiracy has never been in dispute.

Also, as Your Honor will recall, Your Honor's decision in *Hess* explicitly reserved judgment regarding whether Plaintiffs may move to obtain an injunction against Dentsply regarding its exclusive dealing monopoly/maintenance. *See United States v. Dentsply Int'l, Inc.*, 2001 WL 624807 at*13 (D. Del. 2001); D.I.#181, at 32-33, 44.

Meanwhile, in the parallel case against Dentsply brought by the Department of Justice, on February 24, 2005, the Third Circuit held Dentsply liable for the same exclusive dealing/monopoly maintenance conduct alleged by Plaintiffs in both cases herein.

### Plaintiffs' Request to Move for Summary Judgment On Certain Issues and Proceed with Discovery on Other Issues

Plaintiffs request that the stays be lifted so that Plaintiffs may proceed with the following:

**First**, in *Hess*, Plaintiffs request to proceed with a motion for summary judgment granting Plaintiffs an injunction and related relief, based on the fact that, in the government's case, Dentsply has already been found liable for the violation alleged by *Hess* plaintiffs. *See New York v. Julius Nasso Concrete Corp.*, 202 F.3d 82, 86 (2d Cir. 2000) (affirming summary judgment establishing defendant's antitrust liability, based on collateral estoppel). The fact that the Government has already obtained an injunction is no bar to Plaintiffs obtaining a somewhat similar injunction as well, given that, under U.S. Supreme Court precedent, private and Government injunctive relief are remedies that were "designed to be

cumulative, not mutually exclusive." *United States v. Borden Co.*, 347 U.S. 514, 518 (1954). We understand that Dentsply has a different position from ours regarding this issue, so briefing will be necessary.

**Second**, in *Jersey Dental*, Plaintiffs are considering making a motion for summary judgment holding that Dentsply is bound by Your Honor's holding in the Government's case that "Dentsply and its dealers consider Dealer Criterion 6 to be an agreement between them." *United States v. Dentsply Int'l, Inc.*, 277 F. Supp. 2d 387, 450 (D. Del. 2003).

**Third**, in *Jersey Dental*, Plaintiffs would like to commence discovery regarding both the merits and class certification issues, with the merits discovery tailored to the alleged vertical, retail price-fixing conspiracy and the dealer defendants' liability for the alleged exclusive dealing/monopoly maintenance conspiracy. As Your Honor may recall, the largest five or six dealer defendants are responsible for the large majority of sales of Dentsply teeth by the dealer defendants. Therefore, Plaintiffs would initially take discovery only from those five or six dealers, and would voluntarily postpone discovery against the other defendants for several months. We think that this would ultimately be more efficient, as Plaintiffs would obtain the best review of the merits in the shortest possible time period, rather than simultaneously taking similar discovery against all twenty-three defendants.

**Fourth:** A number of the dealer defendants previously made jurisdictional motions that are currently subject to Your Honor's stay. Plaintiffs intend to bring suit against each such jurisdictional movant in its home jurisdiction, and then request that the Multidistrict Litigation Panel transfer such cases to Your Honor for consolidation. Therefore Your Honor may find it advantageous to temporarily leave in place the stay against those jurisdictional motions. If the jurisdictional motions are allowed to now go forward, Plaintiffs request that they be put on a briefing schedule separate from the schedule for Plaintiffs motions for summary judgment.

Respectfully,

Daniel J. Brown (#4688)

The Honorable Sue L. Robinson
August 11, 2006
Page 4 of 4

DJB/ald

cc: Clerk of the Court (by e-file)
    All Defendants by attached service list
    (Delaware Counsel by hand)
    (Out of State Counsel by fax)

## LOCAL DELAWARE COUNSEL

William D. Johnston, Esquire
Christian D. Wright, Esquire
John Shaw, Esquire
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington DE 19801

Kurt M. Heyman, Esquire
Patricia Enerio, Esquire
Proctor Heyman LLP
1116 West Street
Wilmington DE 19801


James J. Maron, Esquire
Maron & Marvel, P.A.
1300 North Broom Street
P.O. Box 288
Wilmington, DE 19899-0288

Henry E. Gallagher, Jr., Esquire
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899

W. Harding Drane, Jr., Esquire
Potter Anderson & Corroon LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951

Richard D. Kirk, Esquire
The Bayard Firm
222 Delaware Avenue
Suite 900
P.O. Box 25130
Wilmington, DE 19899

Kathleen Jennings-Hostetter, Esquire
Oberly & Jennings
800 Delaware Ave., Suite 901
P.O. Box 2054
Wilmington, DE 19899

C. Scott Reese, Esquire
Cooch & Taylor
824 Market Street Mall
Suite 1000
P.O. Box 1680
Wilmington, DE 19899-1680

Thomas P. Preston, Esquire
Blank Rome, LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

William J. Wade, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Edward M. McNally, Esquire
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899-2306

## OUT-OF-TOWN COUNSEL

| | |
|---|---|
| ACCUBITE DENTAL SUPPLY | Jeffrey W. Bracken, Esq.<br>Loomis, Ewert, Parsley, Davis<br>    & Gotting, P.C.<br>232 South Capitol Avenue, Suite 1000<br>Lansing, MI 48933<br>Tel. 517-482-2400<br>Fax 517-318-9206 |
| ADDIUM DENTAL PRODUCTS | Colin C. Swainston, Esq.<br>Newport Gateway Towers<br>19800 MacArthur Boulevard<br>Suite 300<br>Irvine, CA 92612<br>Tel. 949-724-4553<br>Fax 949-724-4557 |
| ARNOLD DENTAL SUPPLY COMPANY | Alan K. Willert, Esq.<br>Foster Pepper & Shefelman PLLC<br>1111 Third Avenue, Suite 3400<br>Seattle, WA 98101-3299<br>Tel. 206-447-4707<br>Fax 206-749-2032 |
| ATLANTA DENTAL SUPPLY COMPANY | John Williams, Jr., Esq.<br>Williams & Williams<br>1612 Northeast Express Way<br>Atlanta, GA 30329<br>Tel. 404-329-6317<br>Fax 404-329-6320 |
| BENCO DENTAL COMPANY | Paul Saint-Antoine, Esq.<br>Drinker Biddle & Reath, LLP<br>One Logan Square<br>18th & Cherry Street<br>Philadelphia, PA 19103<br>Tel: 215-988-2700<br>Fax: 215-988-2757 |
| BURKHART DENTAL SUPPLY COMPANY | John L. Nichols, Esq.<br>Vandenberg, Johnson & Gandara<br>1201 Pacific Avenue, Suite 1900<br>Tacoma, WA 98401-1315<br>Tel. 253-383-3791<br>Fax 253-383-6377 |
| DARBY DENTAL<br>LABORATORY SUPPLY CO., INC. | Richard P. Romeo, Esq.<br>Salon Marrow Dyckman & Newman LLP<br>685 Third Avenue<br>New York, NY 10017<br>Tel. 212-661-7100<br>Fax 212-661-3339 |

| | |
|---|---|
| DENTAL SUPPLIES AND EQUIPMENT, INC. | Mr. William McKendry<br>Dental Supplies & Equipment<br>3252 Rt. 60 East<br>Ona West Industrial Park<br>Ona, WV 25545<br>Tel. 304-736-8216<br>Fax 304-736-8079 |
| DENTSPLY INTERNATIONAL, INC. | Margaret M. Zwisler, Esq.,<br>Eric J. McCarthy, Esq.,<br>Charles R. Price, Esq.<br>Latham & Watkins LLP<br>Washington, DC 20004<br>Tel. 202-637-2200<br>Fax 202-637-2201 |
| EDENTALDIRECT.COM, INC.,<br>as successor to Crutcher Dental, Inc. | E.J. Richardson, Esq.<br>Shumaker, Loop & Kendrick, LLP<br>101 E. Kennedy Blvd., Suite 2800<br>Tampa, FL 33602<br>Tel. 813-229-7600<br>Fax 813-229-1660 |
| HENDON DENTAL SUPPLY, INC. | Mr. William Hendon<br>Hendon Dental Supply<br>1140 107th Street<br>Grand Prairie, TX 75050-0250<br>Tel. 817-640-0971<br>Fax 817-633-4789 |
| HENRY SCHEIN, INC.<br>and its affiliates including, without limitation,<br>Zahn Dental Co., Inc. | Martha E. Gifford, Esq.<br>Proskauer Rose, LLP<br>1585 Broadway<br>New York, NY 10036<br>Tel. 212-969-3000<br>Fax 212-969-2900 |
| IOWA DENTAL SUPPLY CO. | Joseph A. Cacciatore, Esq.<br>Dickinson, Mackaman, Tyler & Hagar, P.C.<br>1600 Hub Tower<br>699 Walnut Street<br>Des Moines, Iowa 50309<br>Tel. 515-246-4524<br>Fax 515-246-4550 |
| JAHN DENTAL SUPPLY COMPANY | Mr. Lavon McGalliard<br>Jahn Dental Supply Company<br>1202 N. Flores Street<br>San Antonio, TX 78212<br>Tel. 210-227-2383<br>Fax 210-229-9371 |

| | |
|---|---|
| JB DENTAL SUPPLY CO., INC. | Richard A. Dongell, Esquire<br>John A. Lawrence, Esquire<br>Jason M. Booth, Esquire<br>Radcliff Frandsen Dongell & Lawrence, LLP<br>707 Wilshire Boulevard<br>45th Floor<br>Los Angeles, CA 90017<br>Tel. 213-614-1990<br>Fax 213-489-9263 |
| JOHNSON & LUND CO., INC. | John P, Lowe, Jr.<br>Adair, Kaul, Murphy, Axelrod & Santoro, LLP<br>300 Linden Oaks, Suite 220<br>Rochester, NY 14625-2883<br>Tel: (585) 419-9000<br>Fax: (585) 419-8071 |
| KENTUCKY DENTAL SUPPLY COMPANY, INC.<br>a/k/a KDSC Liquidation Corp. | Mark Mosely, Esq.<br>Landrum & Shouse<br>106 West Vine Street<br>P.O. Box 951<br>Lexington, KY 40588<br>Tel. 859-255-2424<br>Fax 859-233-0308 |
| MARCUS DENTAL SUPPLY CO. | Mark G. Ohnstad, Esq.<br>Thomsen & Nybeck, P.A.<br>3300 Edinborough Way<br>Edina, Minnesota 55435-5962<br>Tel. 952-835-7000<br>Fax 952-835-9450 |
| MOHAWK DENTAL CO. INC. | Robert K. Weiler, Esq.<br>Green & Seifter, Attorneys, LLP<br>One Lincoln Center<br>Syracuse, NY 13202-1387<br>Tel. 315-423-2870<br>Fax 315-422-1391 |
| NOWAK DENTAL SUPPLIES, INC. | Cary A. DesRoches, Esq.<br>Cary A. DesRoches, PLC<br>201 St. Charles Avenue<br>35th Floor, Place St. Charles<br>New Orleans, LA 70170-3500<br>Tel. 504-569-1690<br>Fax 504-569-1691 |
| PATTERSON DENTAL COMPANY,<br>its subsidiaries, predecessors, successors,<br>assigns, affiliates and related companies | Jeffrey F. Shaw, Esq.<br>Briggs & Morgan<br>2200 First National Bank Building<br>St. Paul, MN 55101<br>Tel. 651-223-6000<br>Fax 651-223-6450 |

| | |
|---|---|
| PEARSON DENTAL SUPPLIES, INC. | Randall S. Henderson, Esq.<br>1959 Paloma Street<br>Pasadena, CA 91104<br>Tel. 626-798-9832<br>Fax 626-794-0025 |
| RYKER DENTAL OF KENTUCKY, INC. | Chesica Gilson Hall, Esq.<br>Quarles & Brady, Streich Lang, LLP<br>Renaissance One<br>Two N. Central Avenue<br>Phoenix, AZ 85004-2391<br>Tel. 602-230-5500<br>Fax 602-420-5103 |