

**Potter Anderson & Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

W. **Harding Drane, Jr.**
Partner
wdrane@potteranderson.com
302-984-6019  Direct Phone
302-658-1192  Fax

August 15, 2006

**E-File and By Hand**

The Honorable Sue L. Robinson
United States District Court for
the District of Delaware
844 King Street
Wilmington, DE 19801

    Re: Howard Hess Dental Labs. Inc., et al. v. Dentsply Internat'l, Inc., C.A.
       No. 99-255 (SLR), and Jersey Dental Labs., et al. v. Dentsply Internat'l,
       Inc. C.A. No. 01-267 (SLR)

Dear Chief Judge Robinson:

   Henry Schein, Inc. ("Schein") respectfully submits this letter in connection with the telephonic status conference scheduled for August 16, 2006 in the *Jersey Dental* case identified above, and as a preliminary response to the August 11, 2006 letter submitted by counsel for plaintiffs.

   Schein requests that this Court maintain the stay in *Jersey Dental* for a limited period of time so that defendants can submit written proposals and respond in writing to plaintiffs' requests and set a date for the parties to be heard in person on the scheduling and other issues to be resolved in a status conference. The prospective issues are more numerous and more complex than plaintiffs state. Plaintiffs have made statements in their letter with respect to what was and was not decided by the decision of the Third Circuit in this matter, and concerning issues that they represent are not contested, as to which Schein may have a different view.

   Moreover, there are 21 other dealer defendants, as well as defendant Dentsply, Inc., that will have views on the issues that are outstanding for resolution and the schedule and procedures for doing so. Schein believes that most or all of these defendants have not been involved in the case, and their counsel have not discussed the case, for more than four years. Scheduling a status conference would provide an opportunity for defendants that wish to do so to confer in an attempt to streamline the proceedings.

   Among the issues that will need to be scheduled, for example, are any motions to be made by one or more defendants. In addition to the jurisdictional motions to which plaintiffs referred, one or more of the dealer defendants will likely wish to consider making dispositive motions that could eliminate individual defendants from the case or terminate the lawsuit entirely.

Plaintiffs have not attempted in their letter to explain why merits discovery should proceed simultaneously with discovery on class certification. Schein also submits that plaintiffs' proposal that they proceed with discovery against only certain dealers does not, on its face, appear to save time in resolving the *Jersey Dental* lawsuit and certainly requires more careful consideration than can be afforded it on a telephonic conference with nearly 25 parties represented.

Respectfully submitted,

W. Harding Drane, Jr.

cc: Clerk of the Court (by e-file)
Martha E. Gifford, Esquire
All Counsel on the Attached Service List
(Delaware Counsel by hand)
(Out of State Counsel by fax)

#746157v2

## LOCAL DELAWARE COUNSEL

William D. Johnston, Esquire
Christian D. Wright, Esquire
John Shaw, Esquire
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington DE 19801

Kurt M. Heyman, Esquire
Patricia Enerio, Esquire
Proctor Heyman LLP
1116 West Street
Wilmington DE 19801

James J. Maron, Esquire
Maron & Marvel, P.A.
1300 North Broom Street
P.O. Box 288
Wilmington, DE 19899-0288

Henry E. Gallagher, Jr., Esquire
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899

Daniel J. Brown, Esquire
Chimicles & Tikellis LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19809

Richard D. Kirk, Esquire
The Bayard Firm
222 Delaware Avenue
Suite 900
P.O. Box 25130
Wilmington, DE 19899

Kathleen Jennings-Hostetter, Esquire
Oberly & Jennings
800 Delaware Ave., Suite 901
P.O. Box 2054
Wilmington, DE 19899

C. Scott Reese, Esquire
Cooch & Taylor
824 Market Street Mall
Suite 1000
P.O. Box 1680
Wilmington, DE 19899-1680

Thomas P. Preston, Esquire
Blank Rome, LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

William J. Wade, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Edward M. McNally, Esquire
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899-2306

## OUT-OF-TOWN COUNSEL

| | |
|---|---|
| ACCUBITE DENTAL SUPPLY | Jeffrey W. Bracken, Esq.<br>Loomis, Ewert, Parsley, Davis & Gotting, P.C.<br>232 South Capitol Avenue, Suite 1000<br>Lansing, MI 48933<br>Tel. 517-482-2400<br>Fax 517-318-9206 |
| ADDIUM DENTAL PRODUCTS | Colin C. Swainston, Esq.<br>Newport Gateway Towers<br>19800 MacArthur Boulevard<br>Suite 300<br>Irvine, CA 92612<br>Tel 949-724-4553<br>Fax 949-724-4557 |
| ARNOLD DENTAL SUPPLY COMPANY | Alan K. Willert, Esq.<br>Foster Pepper & Shefelman PLLC<br>1111 Third Avenue, Suite 3400<br>Seattle, WA 98101-3299<br>Tel. 206-447-4707<br>Fax 206-749-2032 |
| ATLANTA DENTAL SUPPLY COMPANY | John Williams, Jr., Esq.<br>Williams & Williams<br>1612 Northeast Express Way<br>Atlanta, GA 30329<br>Tel. 404-329-6317<br>Fax 404-329-6320 |
| BENCO DENTAL COMPANY | Paul Saint-Antoine, Esq.<br>Drinker Biddle & Reath, LLP<br>One Logan Square<br>18th & Cherry Street<br>Philadelphia, PA 19103<br>Tel: 215-988-2700<br>Fax: 215-988-2757 |
| BURKHART DENTAL SUPPLY COMPANY | John L. Nichols, Esq.<br>Vandenberg, Johnson & Gandara<br>1201 Pacific Avenue, Suite 1900<br>Tacoma, WA 98401-1315<br>Tel. 253-383-3791<br>Fax 253-383-6377 |
| DARBY DENTAL LABORATORY SUPPLY CO., INC | Richard P. Romeo, Esq.<br>Salon Marrow Dyckman & Newman LLP<br>685 Third Avenue<br>New York, NY 10017<br>Tel. 212-661-7100<br>Fax 212-661-3339 |

| | |
|---|---|
| DENTAL SUPPLIES AND EQUIPMENT, INC | Mr. William McKendry<br>Dental Supplies & Equipment<br>3252 Rt 60 East<br>Ona West Industrial Park<br>Ona, WV 25545<br>Tel. 304-736-8216<br>Fax 304-736-8079 |
| DENTSPLY INTERNATIONAL, INC. | Margaret M. Zwisler, Esq.,<br>Eric J. McCarthy, Esq.,<br>Charles R. Price, Esq.<br>Latham & Watkins LLP<br>Washington, DC 20004<br>Tel. 202-637-2200<br>Fax 202-637-2201 |
| EDENTALDIRECT.COM, INC.,<br>as successor to Crutcher Dental, Inc | E.J. Richardson, Esq.<br>Shumaker, Loop & Kendrick, LLP<br>101 E. Kennedy Blvd., Suite 2800<br>Tampa, FL 33602<br>Tel. 813-229-7600<br>Fax 813-229-1660 |
| HENDON DENTAL SUPPLY, INC. | Mr. William Hendon<br>Hendon Dental Supply<br>1140 107th Street<br>Grand Prairie, TX 75050-0250<br>Tel. 817-640-0971<br>Fax 817-633-4789 |
| HENRY SCHEIN, INC.<br>and its affiliates including, without limitation,<br>Zahn Dental Co., Inc. | Martha E. Gifford, Esq.<br>Proskauer Rose, LLP<br>1585 Broadway<br>New York, NY 10036<br>Tel. 212-969-3000<br>Fax 212-969-2900 |
| IOWA DENTAL SUPPLY CO. | Joseph A. Cacciatore, Esq.<br>Dickinson, Mackaman, Tyler & Hagar, P.C.<br>1600 Hub Tower<br>699 Walnut Street<br>Des Moines, Iowa 50309<br>Tel. 515-246-4524<br>Fax 515-246-4550 |
| JAHN DENTAL SUPPLY COMPANY | Mr. Lavon McGalliard<br>Jahn Dental Supply Company<br>1202 N. Flores Street<br>San Antonio, TX 78212<br>Tel. 210-227-2383<br>Fax 210-229-9371 |

| | |
|---|---|
| JB DENTAL SUPPLY CO., INC. | Richard A. Dongell, Esquire<br>John A. Lawrence, Esquire<br>Jason M. Booth, Esquire<br>Radcliff Frandsen Dongell & Lawrence, LLP<br>707 Wilshire Boulevard<br>45th Floor<br>Los Angeles, CA 90017<br>Tel. 213-614-1990<br>Fax 213-489-9263 |
| JOHNSON & LUND CO., INC | John P. Lowe, Jr.<br>Adair, Kaul, Murphy, Axelrod & Santoro, LLP<br>300 Linden Oaks, Suite 220<br>Rochester, NY 14625-2883<br>Tel: (585) 419-9000<br>Fax: (585) 419-8071 |
| KENTUCKY DENTAL SUPPLY COMPANY, INC.<br>a/k/a KDSC Liquidation Corp | Mark Mosely, Esq.<br>Landrum & Shouse<br>106 West Vine Street<br>P.O. Box 951<br>Lexington, KY 40588<br>Tel. 859-255-2424<br>Fax 859-233-0308 |
| MARCUS DENTAL SUPPLY CO. | Mark G. Ohnstad, Esq.<br>Thomsen & Nybeck, P.A.<br>3300 Edinborough Way<br>Edina, Minnesota 55435-5962<br>Tel. 952-835-7000<br>Fax 952-835-9450 |
| MOHAWK DENTAL CO. INC. | Robert K. Weiler, Esq.<br>Green & Seifter, Attorneys, LLP<br>One Lincoln Center<br>Syracuse, NY 13202-1387<br>Tel. 315-423-2870<br>Fax 315-422-1391 |
| NOWAK DENTAL SUPPLIES, INC | Cary A. DesRoches, Esq.<br>Cary A. DesRoches, PLC<br>201 St. Charles Avenue<br>35th Floor, Place St. Charles<br>New Orleans, LA 70170-3500<br>Tel. 504-569-1690<br>Fax 504-569-1691 |
| PATTERSON DENTAL COMPANY,<br>its subsidiaries, predecessors, successors,<br>assigns, affiliates and related companies | Jeffrey F. Shaw, Esq.<br>Briggs & Morgan<br>2200 First National Bank Building<br>St. Paul, MN 55101<br>Tel 651-223-6000<br>Fax 651-223-6450 |

| PEARSON DENTAL SUPPLIES, INC | Randall S. Henderson, Esq<br>1959 Paloma Street<br>Pasadena, CA 91104<br>Tel. 626-798-9832<br>Fax 626-794-0025 |
|---|---|
| RYKER DENTAL OF KENTUCKY, INC. | Chesica Gilson Hall, Esq.<br>Quarles & Brady, Streich Lang, LLP<br>Renaissance One<br>Two N. Central Avenue<br>Phoenix, AZ 85004-2391<br>Tel. 602-230-5500<br>Fax 602-420-5103 |