IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HOWARD HESS DENTAL )<br>LABORATORIES INCORPORATED and )<br>PHILIP GUTTIEREZ d/b/a )<br>DENTURES PLUS, on behalf of )<br>themselves and all others )<br>similarly situated, )<br>                              )<br>         Plaintiffs,         )<br>                              )<br>    v.                        )<br>                              )<br>DENTSPLY INTERNATIONAL, INC., )<br>                              )<br>         Defendant.           ) | Civ. No. 99-255-SLR |
| JERSEY DENTAL LABORATORIES, )<br>f/k/a Howard Hess Dental Labs,)<br>Inc., and PHILIP GUTTIEREZ,  )<br>on behalf of themselves and  )<br>all others similarly situated )<br>d/b/a Dentures Plus,         )<br>                              )<br>         Plaintiffs,         )<br>                              )<br>    v.                        )<br>                              )<br>DENTSPLY INTERNATIONAL, INC., )<br>et al.,                       )<br>                              )<br>         Defendants.          ) | Civ. No.  01-267-SLR |

**O R D E R**

At Wilmington this 22d day of August, 2006, having conducted a telephonic status conference with the parties on August 16, 2006;

IT IS ORDERED that the parties shall meet and confer on how to proceed in the above captioned cases and electronically file with this court their written proposals on or before

**September 14, 2006.**

IT IS FURTHER ORDERED that an in-person hearing shall be held on Monday, **September 18, 2006 at 4:30 p.m.** in courtroom 6B on the 6th floor, J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

_____
United States District Court