IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HOWARD HESS DENTAL LABORATORIES INCORPORATED and PHILIP GUTTIEREZ d/b/a DENTURES PLUS, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> DENTSPLY INTERNATIONAL, INC., <br><br> Defendant | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civ. No. 99-255-SLR |
| JERSEY DENTAL LABORATORIES, f/k/a Howard Hess Dental Labs Inc., and PHILIP GUTTIEREZ, on behalf of themselves and all others similarly situated d/b/a Dentures Plus, <br><br> Plaintiffs, <br><br> v. <br><br> DENTSPLY INTERNATIONAL, INC., et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civ. No. 01-267-SLR |

**STIPULATION FOR SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE that the following attorneys enter their appearances on behalf of Defendants Iowa Dental Supply Co., Johnson & Lund Co., Inc., and Marcus Dental Supply Co.:

Edward M. McNally (#614)
Fotini A. Skouvakis (#4793)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE  19899-2306
(302) 888-6800

PLEASE TAKE NOTICE that the following attorney withdraws his appearance on behalf of defendants Iowa Dental Supply Co., Johnson & Lund Co., Inc., Marcus Dental Supply Co.:

Richard D. Kirk (#922)
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE  19899
(302) 655-5000

MORRIS, JAMES, HITCHENS & WILLIAMS LLP    THE BAYARD FIRM

_/s/ Edward M. McNally_____        _/s/ Richard D. Kirk_____
Edward M. McNally (#614)                   Richard D. Kirk (#922)
Fotini A. Skouvakis (#4793)                222 Delaware Avenue, Suite 900
222 Delaware Avenue, 10th Floor            Wilmington, DE  19899
P.O. Box 2306                              (302) 655-5000
Wilmington, DE  19899
(302) 888-6800
Counsel for Defendants
   *Iowa Dental Supply Co.*
   *Johnson & Lund Co., Inc.*
   *Marcus Dental Supply Co.*

SO ORDERED this _____ day of _____, 2006

_____
United States District Judge

1448587/1

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2006, I electronically filed the foregoing Stipulation For Substitution Of Counsel with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Christian D. Wright, Esquire
John Shaw, Esquire
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington DE 19801

Kurt M. Heyman, Esquire
Patricia Enerio, Esquire
Proctor Heyman LLP
1116 West Street
Wilmington DE 19801

James J. Maron, Esquire
Maron & Marvel, PA.
1300 North Broom Street
P.O. Box 288
Wilmington, DE 19899-0288

Henry E. Gallagher, Jr., Esquire
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899

W. Harding Drane, Jr., Esquire
Potter Anderson & Corroon LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951

Kathleen Jennings-Hostetter, Esquire
Oberly & Jennings
800 Delaware Ave., Suite 901
P.O. Box 2054
Wilmington, DE 19899

C. Scott Reese, Esquire
Cooch & Taylor
824 Market Street Mall; Suite 1000
P.O. Box 1680
Wilmington, DE 19899-1680

Thomas P. Preston, Esquire
Blank Rome, LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

William J. Wade, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Daniel J. Brown, Esquire
Chimicles & Tikellis LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899

_____
Edward M. McNally (#614)
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, Tenth Floor
P.O. Box 2306
Wilmington, DE 19899
emcnally@morrisjames.com

1449385/1