# Chimicles & Tikellis LLP

ATTORNEYS AT LAW

One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
Telephone: (302) 656.2500
Telecopier: (302) 656.9053
E-mail: Mail@Chimicles.com

Nicholas E. Chimicles
Pamela S. Tikellis *
James R. Malone, Jr.
Michael D. Gottsch
Robert J. Kriner, Jr. *
Steven A. Schwartz
Kimberly M. Donaldson
M. Katherine Meermans
Joseph G. Sauder
Daniel B. Scott
Fatema E.F. Burkey
Kimberly M. Litman
Timothy N. Mathews
A. Zachary Naylor *
Timothy P. Briggs
Daniel J. Brown *
Benjamin F. Johns

OF COUNSEL
Morris M. Shuster
Denise Davis Schwartzman
Anthony Allen Geyelin
Candice L.H. Hegedus

*Attorneys admitted to
practice in Delaware

September 1, 2006

**By E-File and Hand Delivery**

Honorable Sue L. Robinson
United States District Court
J. Caleb Boggs Federal Building
844 King Street
Lockbox 31
Wilmington, DE 19801

Re:   Howard Hess Dental Labs. Inc., et al. v. Dentsply
      Internat'l, Inc., C. A. No. 99-255 (SLR)

Dear Chief Judge Robinson:

I have been informed by Lead Counsel for Plaintiffs and the Putative Class that, pursuant to Your Honor's Order, dated August 22, 2006, the parties have conferred regarding "how to proceed in the above captioned case[]," and have agreed to proceed by briefing Plaintiffs' proposed motion for summary judgment.

As Plaintiffs previously stated in their letter to Your Honor, dated August 11, 2006, Plaintiffs' motion will request an injunction and related relief, based on the fact that, in the government's case, Dentsply has already been found liable for the violation alleged by the *Hess* plaintiffs. *See New York v. Julius Nasso Concrete Corp.*, 202 F.3d 82, 86 (2d Cir. 2000) (affirming summary judgment establishing defendant's antitrust liability, based on collateral estoppel).

The parties have also agreed on a briefing schedule for Plaintiffs' proposed motion for summary judgment with the following deadlines:

Plaintiffs' Opening Brief: On or before October 23, 2006.

Dentsply's Opposition Brief: On or before December 8, 2006.

HAVERFORD OFFICE
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642.8500
Telecopier: (610) 649.3633

The Honorable Sue L. Robinson
September 1, 2006
Page 2 of 2

Plaintiffs' Reply Brief: On or before January 9, 2007.

Respectfully submitted,

Daniel J. Brown (#4688)

cc: Clerk of the Court (by e-file)
Christian D. Wright, Esq. (by hand)
Eric J. McCarthy, Esq., (by facsimile)