IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
------------------------------------X
                                    :
HOWARD HESS DENTAL LABORATORIES INCORPORATED  :
and PHILIP GUTTIEREZ d/b/a DENTURES PLUS, on behalf of :
themselves and all others similarly situated,  :
                                    :
                       Plaintiffs,  :
                                    :  Civil Action
           -against-                :  No. 99-255 (SLR)
                                    :
DENTSPLY INTERNATIONAL, INC.,       :
                                    :
                       Defendant.   :
                                    :
------------------------------------X
```

## MOTION PRO HAC VICE

Daniel J. Brown, a member of the bar of this Court, pursuant to Local Rule 83.5(c) and the attached certification, moves the admission pro hac vice of Conor R. Crowley of Labaton Rudoff & Sucharow LLP, 100 Park Avenue, New York, New York 10117-5563 to represent plaintiffs, in this action.

Dated: October 5, 2006

CHIMICLES & TIKELLIS LLP

_____
Pamela S. Tikellis (No. 2171)
Robert J. Kriner, Jr. (No. 2546)
A. Zachary Naylor (No. 4439)
Daniel J. Brown (No. 4688)
One Rodney Square
P.O. Box 1035
Wilmington, Delaware 19801
(302) 656-2500

LABATON SUCHAROW
 & RUDOFF LLP
Richard T. Joffe (No. 2712)
100 Park Avenue
New York, New York  10017-5563
(212) 907-0700

Attorneys for Plaintiffs

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of Virginia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further hereby certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: October 5, 2006

Conor R. Crowley
LABATON SUCHAROW & RUDOFF LLP
100 Park Avenue
New York, NY 10017

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
-------------------------------------X
                                     :
HOWARD HESS DENTAL LABORATORIES INCORPORATED :
and PHILIP GUTTIEREZ d/b/a DENTURES PLUS, on behalf of :
themselves and all others similarly situated, :
                                     :
                        Plaintiffs,  :
                                     :  Civil Action
        -against-                    :  No. 99-255 (SLR)
                                     :
DENTSPLY INTERNATIONAL, INC.,        :
                                     :
                        Defendant.   :
                                     :
-------------------------------------X
```

## ORDER

IT IS HEREBY ORDERED that the Motion of counsel for plaintiffs for admission pro hac vice of Conor R. Crowley of Labaton Rudoff & Sucharow LLP, 100 Park Avenue, New York, New York 10117-5563 to represent the plaintiffs in this matter is hereby GRANTED.

Dated: _____, 2006            _____
                                  United States District Judge