CERTIFICATE OF SERVICE

I, Daniel J. Brown, do hereby certify that on this 5th day of Ocotber, 2006, I caused copies of the foregoing Motion for Admission Pro Hac Vice, Proposed Order and Certification to be served on defendants' counsel in the manner indicated below.

**BY E-FILING**
William D. Johnston
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600

Daniel J. Brown (#4688)