IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------x
                                             :
HOWARD HESS DENTAL LABORATORIES              :
INCORPORATED and PHILIP GUTTIEREZ d/b/a      :
DENTURES PLUS, on behalf of themselves and all others :
similarly situated,                          :
                                             :
            Plaintiffs,                      :   C.A. No. 99-255 (SLR)
                                             :
    -against-                                :
                                             :
DENTSPLY INTERNATIONAL, INC.,                :
                                             :
            Defendant.                       :
                                             :
---------------------------------------------x

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND INJUNCTIVE RELIEF

Pursuant to Federal Rules of Civil Procedure 56 and 65, Plaintiffs Howard Hess Dental Laboratories Incorporated and Philip Guttierez d/b/a Dentures Plus hereby move this Court for summary judgment on their claim against Defendant Dentsply International, Inc., for monopoly maintenance in violation of Section 2 of the Sherman Act, 15 U.S.C. § 2, and for equitable relief, including a permanent injunction. The grounds for this motion are set forth in Plaintiffs' brief, which is submitted herewith.

Dated: October 23, 2006

        Respectfully submitted,

        CHIMICLES & TIKELLIS LLP

        _/s/_____
        Pamela S. Tikellis (No. 2172)
        Robert J. Kriner, Jr. (No. 2546)
        A. Zachary Naylor (No. 4439)
        One Rodney Square
        P.O. Box 1035
        Wilmington, Delaware 19801
        (302) 656-2500

          and

        LABATON SUCHAROW
          & RUDOFF LLP
        Thomas A. Dubbs (NY Bar No. 4868)
        Richard T. Joffe (NY Bar No. 2712)
        100 Park Avenue
        New York, New York 10017-5563
        (212) 907-0700

        Attorneys for Plaintiffs