## CERTIFICATE OF SERVICE

I, A. Zachary Naylor, do hereby certify that on this 23rd day of October, 2006, I caused copies of the Plaintiffs' Motion for Summary Judgment and Injunctive Relief, Plaintiffs' Brief in Support of Their Motion for Summary Judgment and Injunctive Relief, and the Declaration of Richard T. Joffe in Support of Plaintiffs' Motion for Summary Judgment and Injunctive Relief to be served on defendants' counsel in the manner indicated below.

**BY E-FILING AND HAND DELIVERY**
William D. Johnston
Christian Douglas Wright
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600

A. Zachary Naylor (#4439)