IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------x
                                    :
HOWARD HESS DENTAL LABORATORIES     :
INCORPORATED and PHILIP GUTTIEREZ d/b/a :
DENTURES PLUS, on behalf of themselves and all others :
similarly situated,                 :
                                    :
        Plaintiffs,                 :      C.A. No. 99-255 (SLR)
                                    :
    -against-                       :
                                    :
DENTSPLY INTERNATIONAL, INC.,       :
                                    :
        Defendant.                  :
                                    :
------------------------------------x
```

### JOINT STIPULATION REGARDING THE BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND INJUNCTIVE RELIEF

1.      By Order, dated August 22, 2006, the Court ordered the parties to meet and confer on how to proceed herein, and to electronically file their proposals with the Court.

2.      By a letter from Plaintiffs to the Court, filed on September 1, 2006, the parties informed the Court that they had "agreed to proceed by briefing Plaintiffs' proposed motion for summary judgment," and that they had agreed on a briefing schedule with the following deadlines:

   a. Plaintiffs' Opening Brief: On or before October 23, 2006.

   b. Dentsply's Opposition Brief: On or before December 8, 2006.

   c. Plaintiffs' Reply Brief: On or before January 9, 2007.

3.      On October 23, 2006, Plaintiffs filed and served their Opening Brief.

4. Plaintiffs and Defendant have conferred, and have agreed that, subject to the Court's approval, for the mutual convenience of the parties, the deadline for Dentsply to file its Opposition brief should be extended to December 21, 2006, and the deadline for Plaintiffs to file their Reply brief should be extended to January 30, 2007.

5. Therefore, subject to the approval of the Court, the parties stipulate to the following:

    a. The deadline for Dentsply's Opposition Brief is extended to December 21, 2006.

    b. The deadline for Plaintiffs' Reply Brief is extended to January 30, 2007.

| | |
|---|---|
| CHIMICLES & TIKELLIS LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| By: /s/ Daniel J. Brown<br>Pamela S. Tikellis, Esquire (#2171)<br>Robert J. Kriner, Esquire (#2546)<br>Daniel J. Brown, Esquire (#4688)<br>One Rodney Square<br>Wilmington, DE 19801<br>Phone (302) 656-9053<br>Fax (302) 656-9053<br>pamelatikellis@chimicles.com<br>robertkriner@chimicles.com<br>danielbrown@chimicles.com<br>*Attorneys for Plaintiffs* | By: /s/ Christian Douglas Wright<br>William D. Johnston, Esquire (#2123)<br>Christian Douglas Wright, Esquire (#3554)<br>One Rodney Square North, 11th Floor<br>Wilmington, DE 19899-0391<br>Phone (302) 571-6679<br>Fax (302) 576-3304<br>wjohnston@ycst.com<br>cwright@ycst.com<br>*Attorneys for Defendant Dentsply International, Inc.* |

SO ORDERED this _____ day of _____, 2006

_____
United States District Judge