IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HOWARD HESS DENTAL LABORATORIES INCORPORATED and PHILIP GUTTIEREZ d/b/a DENTURES PLUS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>DENTSPLY INTERNATIONAL, INC.,<br><br>Defendant. | C.A. No. 99-255 (SLR) |
| JERSEY DENTAL LABORATORIES, f/k/a Howard Hess Dental Laboratories Inc., and PHILIP GUTTIEREZ, d/b/a Dentures Plus, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>DENTSPLY INTERNATIONAL, INC., et al.,<br><br>Defendants. | C.A. No. 01-267 (SLR) |

**JOINT STIPULATION AND PROPOSED ORDER (1) EXTENDING BRIEFING DEADLINES REGARDING (a) DEFENDANTS' MOTIONS TO DISMISS THE AMENDED COMPLAINT IN *JERSEY DENTAL*, AND (b) PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND INJUNCTIVE RELIEF IN *HESS* , AND (2) SCHEDULING A HEARING REGARDING BOTH CASES**

1. WHEREAS, on November 14, 2006, the Parties in *Jersey Dental* filed a joint stipulation (document # 262) that, among other things, set new deadlines for the briefing of any

motions to dismiss the Amended Complaint, including a deadline of December 1, 2006, "for any motion to dismiss and opening brief in support thereof";

2. WHEREAS, on November 15, 2006, the Parties in *Hess* filed a joint stipulation (document # 259) that set new deadlines for the briefing of Plaintiffs' motion for summary judgment and injunctive relief;

3. WHEREAS, on December 1, 2006, a larger number of motions to dismiss the Amended Complaint in *Jersey Dental* were filed than had been anticipated when the Parties had agreed to the stipulation filed on November 14, 2006;

4. WHEREAS, the undersigned Parties to both *Jersey Dental* and *Hess* have agreed that the pending briefing deadlines should be extended again, in both cases, with each such deadline extended by an additional four weeks; and

5. WHEREAS, the Court has informed the undersigned Parties that the hearing regarding *Jersey Dental* will be rescheduled so that such hearing, along with a hearing regarding Plaintiffs' motion in *Hess* for summary judgment and an injunction, will take place on March 14, 2007, at 3 p.m.;

THEREFORE, subject to the approval of the Court, it is stipulated and agreed that:

a. The deadline for answering briefs in *Jersey Dental* is extended to February 6, 2007;

b. The deadline for reply briefs in *Jersey Dental* is extended to February 27, 2007;

c. The deadline for Dentsply's Opposition Brief in *Hess* is extended to January 18, 2007;

d. The deadline for Plaintiffs' Reply Brief in *Hess* is extended to February 27, 2007; and

e. The hearing in *Jersey Dental* previously scheduled to take place on February 9, 2007, is rescheduled to take place, along with a hearing on Plaintiffs' motion in *Hess* for summary judgment and an injunction, on March 14, at 3 p.m.

| CHIMICLES & TIKELLIS LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| By:/s/ *Daniel J. Brown*<br>Pamela S. Tikellis, Esquire (#2171)<br>Robert J. Kriner, Esquire (#2546)<br>Daniel J. Brown, Esquire (#4688)<br>One Rodney Square<br>Wilmington, DE 19801<br>Phone (302) 656-9053<br>Fax (302) 656-9053<br>pamelatikellis@chimicles.com<br>robertkriner@chimicles.com<br>*Attorneys for Plaintiffs* | By: /s/ *Christian Douglas Wright*<br>William D. Johnston, Esquire (#2123)<br>Christian Douglas Wright, Esquire (#3554)<br>One Rodney Square North, 11th Floor<br>Wilmington, DE 19899-0391<br>Phone (302) 571-6679<br>Fax (302) 576-3304<br>wjohnston@ycst.com<br>cwright@ycst.com<br>*Attorneys for Defendant Dentsply International, Inc.* |

3

| | |
|---|---|
| CONNOLLY BOVE LODGE & HUTZ LLP | PROCTOR HEYMAN LLP |

By:/s/ *Henry E. Gallagher, Jr.*
    Henry E. Gallagher, Jr., Esquire (#495)
    1007 North Orange Street
    Wilmington, DE 19801
    Phone (302) 658-9141
    Fax (302) 658-5614
    hgallagher@cblh.com
    *Attorneys for Defendant Benco Dental Company,*
    *Darby Dental and Atlanta Dental*

By:/s/ *Patricia L. Enerio*
    Kurt M. Heyman, Esquire (#3054)
    Patricia L. Enerio, Esquire (#3728)
    1116 West Street
    Wilmington, DE 19801
    Phone (302) 472-7300
    Fax (302) 472-9320
    kheyman@proctorheyman.com
    penerio@proctorheyman.com
    *Attorneys for Defendant Burkhart Dental Supply*
    *Company*

| | |
|---|---|
| POTTER ANDERSON & CORROON LLP | RICHARDS, LAYTON & FINGER |

By:/s/ *W. Harding Drane, Jr.*
    W. Harding Drane, Jr., Esquire (#1023)
    1313 North Market Street
    P.O. Box 951
    Wilmington, DE 19899
    Phone (302) 984-6019
    Fax: (302) 658-1192
    wdrane@potteranderson.com
    *Attorneys for Defendants Henry Schein, Inc., Accu*
    *Bit, Inc., Dental Supplies and Equipment, Inc.,*
    *EDentalDirect.com, Inc, Hendon Dental Supply,*
    *Inc., Kentucky Dental Supply Company, Inc.,*
    *n/k/a KDSC Liquidation Corporation, Mohawk*
    *Dental Co., Inc., Nowak Dental Supplies, Inc.*

By:/s/ *William J. Wade*
    William J. Wade, Esquire (#704)
    One Rodney Square
    920 North King Street
    Wilmington, DE 19899
    Phone (302) 651-7718
    Fax (302) 651-7701
    wade@rlf.com
    *Attorneys for Defendant Patterson Dental Company*

| | |
|---|---|
| BLANK ROME LLP | MARON MARVEL BRADLEY & ANDERSON, P.A |
| By:/s/ *Thomas P. Preston*<br>    Thomas P. Preston, Esquire (#2548)<br>    Chase Manhattan Centre, Suite 800<br>    1201 North Market Street<br>    Wilmington, DE  19801<br>    Phone (302) 425-6478<br>    Fax (302) 425-6464<br>    preston-t@blankrome.com<br>    *Attorney for Defendant Ryker Dental of Kentucky, Inc* | By: /s/ *Antoinette Hubbard*<br>    James J. Maron, Esquire (#2502)<br>    Wayne A. Marvel, Esquire (#1073)<br>    Antoinette Hubbard (#2308)<br>    1201 N. Market Street, Suite 900<br>    Wilmington, DE  19801<br>    Phone (302) 425-5177<br>    Fax (302) 425-0180<br>    jjm@maronmarvel.com<br>    wam@maronmarvel.com<br>    adh@maronmarvel.com<br>    *Attorneys for Defendant Pearson Dental Supply, Inc.* |
| ADIUM DENTAL PRODUCTS | JAHN DENTAL SUPPLY COMPANY |
| By:_____<br>    Mr. Jeff Wells<br>    3301 Olive Avenue<br>    Long Beach, CA  90807<br>    Phone 800 892-2150<br>    Fax  562 426-5509 | By:_____<br>    Mr. Lavon McGalliard<br>    1202 N. Flores Street<br>    San Antonio, TX 78212<br>    Phone 210-227-2383<br>    Fax 210-229-9371 |

| | |
|---|---|
| OBERLY JENNINGS & RHODUNDA, P.A. | MORRIS, JAMES, HITCHENS & WILLIAMS |
| By:/s/ Kathleen Jennings<br>Kathleen Jennings, Esquire (#913)<br>Karen V. Sullivan, Esquire (#3872)<br>1220 Market Street, Suite 710<br>P. O. Box 2054<br>Wilmington, DE 19801<br>Phone (302) 576-2000<br>Fax (302) 576-2004<br>kjennings@ojlaw.com<br>ksullivan@ojlaw.com<br>*Attorney for Defendant Arnold Dental Supply Company* | By:/s/ Fotini A. Skouvakis<br>Edward M. McNally, Esquire (#614)<br>Fotini A. Skouvakis, Esquire (#4793)<br>222 Delaware Avenue<br>Wilmington, DE 19899<br>Phone (302) 888-6880<br>Fax (302) 571-1750<br>emcnally@morrisjames.com<br>fskouvakis@morrisjames.com<br>*Attorneys for Defendants Johnson & Lund Co. Inc., Marcus Dental Supply Co., and Iowa Dental Supply Company* |

SO ORDERED this _____ day of _____, 2006

_____
United States District Judge