# EXHIBIT A

Eric J. McCarthy
Direct Dial: (202) 637-1096

# LATHAM&WATKINS LLP

555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: (202) 637-2200  Fax: (202) 637-2201
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Brussels | New York |
| Chicago | Northern Virginia |
| Frankfurt | Orange County |
| Hamburg | Paris |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Shanghai |
| Milan | Silicon Valley |
| Moscow | Singapore |
| Munich | Tokyo |
| New Jersey | Washington, D.C. |

August 9, 2006

**Hand Delivery & Regular U.S. Mail**

Jon B. Jacobs
United States Department of Justice
Antitrust Division
1401 H Street, 4th floor
Washington, D.C. 20530

Re:  *United States of America v. Dentsply International Inc.,*
     Civil Action No. 99-005 (SLR)

Dear Jon,

Pursuant to Section III(A) of the Final Judgment, I write to certify that Dentsply has: (i) designated Mr. Brian Addison as its Antitrust Compliance Officer; (ii) distributed the Final Judgment in accordance with Section II(B)(1); and developed procedures required by Section II(B)(3). Dentsply has forwarded the Final Judgment to its tooth dealers, which reflects the elimination of Dealer Criterion 6 from its list of requirements for dealers to be recognized and maintained as authorized Dentsply tooth dealers. Dentsply is further revising its dealer criteria, and expects to finalize it shortly. Once it does so, it intends to distribute the revised dealer criteria in accordance with Section I(D).

If you have any questions, please feel free to call me at (202) 637-1096.

Very truly yours,

Eric J. McCarthy

Cc:  Brian M. Addison

DC\906647.1

# EXHIBIT B



**DENTSPLY**

DENTSPLY International
World Headquarters
Susquehanna Commerce Center
221 West Philadelphia Street
York, PA 17405-0872
(717) 849-4363
Fax (717) 849-4753
Email: baddison@dentsply.com

Brian M. Addison
Vice-President, Secretary
and General Counsel

VIA E-MAIL AND UPS OVERNIGHT MAIL

September 29, 2006

Jon B. Jacobs
United States Department of Justice
Antitrust Division
325 7th Street, N.W., Suite 300
Washington, D.C. 20530

Re:  United States of America v. DENTSPLY International Inc.
     Civil Action No. 99-005 (SLR)

Dear Jon:

Dentsply is making a major change in its product distribution approach for the products that it distributes through distributors in the U.S. In connection with this change, on about September 26, Dentsply advised approximately 200 of its current distributors in the U.S. that they will not be authorized to distribute Dentsply's products after November 27, 2006. Included in this group of 200 are the following tooth distributors: Adium Dental, Johnson & Lund, Leventhal, Midway, Mohawk and Nowak. Pursuant to I(E)(1) of the Final Injunction, these dealers will be terminated as part of this overall plan to modify its method of distribution of dental products in the U.S., and not for reasons based on the dealers' sale of non-DENTSPLY teeth and/or their consideration to sell non-DENTSPLY teeth. Attached is a copy of the form of letter that each such tooth distributor was sent on September 26, which notifies them of this decision. Also attached is our Press Release announcing this change and the strategic rationale.

I certify that the reason for terminating these dealers is the implementation of the U.S. Strategic Partner Program and that such basis for termination does not violate the Final Judgment.

If you have any questions, please feel free to contact me by mail or phone (717-849-4363).

Very truly yours,

Brian M. Addison
Vice President, Secretary and
General Counsel

cc: Eric J. McCarthy
Enclosures

BMA/dfp
LtrJonBJacobsUSDOJ092806