IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------- x
HOWARD HESS DENTAL LABORATORIES : Civil Action No. 99-255 (SLR)
INCORPORATED and PHILIP GUTTIEREZ :
d/b/a DENTURES PLUS, on behalf of :
themselves and all others similarly situated, :
 :
 :
Plaintiffs, :
 :
-against- :
 :
DENTSPLY INTERNATIONAL, INC., :
 :
 :
Defendant. :
-------------------------------------x

## NOTICE OF WITHDRAW

TO:  Clerk of the Court
     District Court of Delaware
     800 N. King Street
     Wilmington, DE 19801

**PLEASE WITHDRAW** the appearance of Daniel J. Brown, Esquire, as attorney for plaintiffs, Howard Hess Dental Laboratories Incorporated and Philip Guttierez d/b/a Dentures Plus.

CHIMICLES & TIKELLIS LLP

_____
Daniel J. Brown (I.D. No. 4688)
Chimicles & Tikellis LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
(302) 656-2500

DATED: January 29, 2007