IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------x
:
HOWARD HESS DENTAL LABORATORIES :
INCORPORATED and PHILIP GUTTIEREZ d/b/a :
DENTURES PLUS, on behalf of themselves and all others :
similarly situated, :
:
      Plaintiffs, :    C.A. No. 99-255 (SLR)
:
  -against- :
:
DENTSPLY INTERNATIONAL, INC., :
:
      Defendant. :
:
------------------------------------x
:
JERSEY DENTAL LABORATORIES, f/k/a :
Howard Hess Dental Laboratories Inc., and PHILIP :
GUTTIEREZ, d/b/a Dentures Plus, on Behalf of :
Themselves and All Others Similarly Situated, :
:
      Plaintiffs, :    C.A. No. 01-267 (SLR)
:
  v. :
:
DENTSPLY INTERNATIONAL, INC., et al., :
:
      Defendants. :
:
------------------------------------x

JOINT STIPULATION AND PROPOSED ORDER EXTENDING DEADLINES
FOR REPLY BRIEFS REGARDING DEFENDANTS' MOTIONS TO DISMISS THE
AMENDED COMPLAINT IN *JERSEY DENTAL*, AND PLAINTIFFS'
MOTION FOR SUMMARY JUDGMENT AND INJUNCTIVE RELIEF IN *HESS*

    1.    WHEREAS, by Order, dated January 12, 2007, the deadline for Defendants' reply briefs regarding Defendants' motions to dismiss the amended complaint in *Jersey Dental* was

extended to February 27, 2007, the deadline for Plaintiffs' reply brief regarding Plaintiffs' motion for summary judgment and injunctive relief in *Hess* also was extended to February 27, 2007, and a hearing in both cases was scheduled to take place on March 14, 2007; and

2. WHEREAS, the parties have agreed to extend the deadline for all reply briefs in both *Jersey Dental* and *Hess* by another three days, to March 2, 2007;

THEREFORE, subject to the approval of the Court, it is stipulated and agreed that:

a. The deadline for Defendants' reply briefs in *Jersey Dental* is extended to March 2, 2007; and

b. The deadline for Plaintiffs' reply brief in *Hess* is extended to March 2, 2007.

| | |
|---|---|
| CHIMICLES & TIKELLIS LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| By: /s/ Scott M. Tucker<br>Pamela S. Tikellis, Esquire (#2171)<br>Robert J. Kriner, Esquire (#2546)<br>Scott M. Tucker (#4925)<br>One Rodney Square<br>Wilmington, DE 19801<br>Phone (302) 656-9053<br>Fax (302) 656-9053<br>pamelatikellis@chimicles.com<br>robertkriner@chimicles.com<br>smt@chimicles.com<br>*Attorneys for Plaintiffs* | By: /s/ Christian Douglas Wright<br>William D. Johnston, Esquire (#2123)<br>Christian Douglas Wright, Esquire (#3554)<br>One Rodney Square North, 11th Floor<br>Wilmington, DE 19899-0391<br>Phone (302) 571-6679<br>Fax (302) 576-3304<br>wjohnston@ycst.com<br>cwright@ycst.com<br>*Attorneys for Defendant Dentsply International, Inc.* |

| CONNOLLY BOVE LODGE & HUTZ LLP | PROCTOR HEYMAN LLP |
|---|---|
| By: /s/ Henry E. Gallagher, Jr.<br>Henry E. Gallagher, Jr., Esquire (#495)<br>1007 North Orange Street<br>Wilmington, DE  19801<br>Phone (302) 658-9141<br>Fax (302) 658-5614<br>hgallagher@cblh.com<br>*Attorneys for Defendant Benco Dental Company, Darby Dental and Atlanta Dental* | By: /s/ Patricia L. Enerio<br>Kurt M. Heyman, Esquire (#3054)<br>Patricia L. Enerio, Esquire  (#3728)<br>1116 West Street<br>Wilmington, DE  19801<br>Phone (302) 472-7300<br>Fax (302) 472-9320<br>kheyman@proctorheyman.com<br>penerio@proctorheyman.com<br>*Attorneys for Defendant Burkhart Dental Supply Company* |
| POTTER ANDERSON & CORROON LLP | RICHARDS, LAYTON & FINGER |
| By: /s/ W. Harding Drane, Jr.<br>W. Harding Drane, Jr., Esquire (#1023)<br>1313 North Market Street<br>P.O. Box 951<br>Wilmington, DE 19899<br>Phone (302) 984-6019<br>Fax: (302) 658-1192<br>wdrane@potteranderson.com<br>*Attorneys for Defendants Henry Schein, Inc., Accu Bite, Inc., Dental Supplies and Equipment, Inc., EDentalDirect.com, Inc, Hendon Dental Supply, Inc., Kentucky Dental Supply Company, Inc., n/k/a KDSC Liquidation Corporation, Mohawk Dental Co., Inc., Nowak Dental Supplies, Inc.* | By: /s/ William J. Wade<br>William J. Wade, Esquire   (#704)<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19899<br>Phone (302) 651-7718<br>Fax (302) 651-7701<br>wade@rlf.com<br>*Attorneys for Defendant Patterson Dental Company* |

| BLANK ROME LLP | MARON MARVEL BRADLEY & ANDERSON, P.A. |
|---|---|
| By: /s/ Thomas P. Preston<br>Thomas P. Preston, Esquire (#2548)<br>Chase Manhattan Centre, Suite 800<br>1201 North Market Street<br>Wilmington, DE 19801<br>Phone (302) 425-6478<br>Fax (302) 425-6464<br>preston-t@blankrome.com<br>*Attorney for Defendant Ryker Dental of Kentucky, Inc* | By: /s/ Antoinette D. Hubbard<br>James J. Maron, Esquire (#2502)<br>Wayne A. Marvel, Esquire (#1073)<br>Antoinette Hubbard (#2308)<br>1201 N. Market Street, Suite 900<br>Wilmington, DE 19801<br>Phone (302) 425-5177<br>Fax (302) 425-0180<br>jjm@maronmarvel.com<br>wam@maronmarvel.com<br>adh@maronmarvel.com<br>*Attorneys for Defendant Pearson Dental Supply, Inc.* |
| ADIUM DENTAL PRODUCTS | JAHN DENTAL SUPPLY COMPANY |
| By: _____<br>Mr. Jeff Wells<br>3301 Olive Avenue<br>Long Beach, CA 90807<br>Phone 800 892-2150<br>Fax 562 426-5509 | By: _____<br>Mr. Lavon McGalliard<br>1202 N. Flores Street<br>San Antonio, TX 78212<br>Phone 210-227-2383<br>Fax 210-229-9371 |

| | |
|---|---|
| OBERLY JENNINGS & RHODUNDA, P.A. | MORRIS, JAMES, HITCHENS & WILLIAMS |
| By: /s/ Kathleen M. Jennings<br>Kathleen Jennings, Esquire (#913)<br>Karen V. Sullivan, Esquire (#3872)<br>1220 Market Street, Suite 710<br>P. O. Box 2054<br>Wilmington, DE 19801<br>Phone (302) 576-2000<br>Fax (302) 576-2004<br>kjennings@ojlaw.com<br>ksullivan@ojlaw.com<br>*Attorney for Defendant Arnold Dental Supply Company* | By: /s/ Fotini A. Skouvakis<br>Edward M. McNally, Esquire (#614)<br>Fotini A. Skouvakis, Esquire (#4793)<br>222 Delaware Avenue<br>Wilmington, DE 19899<br>Phone (302) 888-6880<br>Fax (302) 571-1750<br>emcnally@morrisjames.com<br>fskouvakis@morrisjames.com<br>*Attorneys for Defendants Johnson & Lund Co. Inc., Marcus Dental Supply Co., and Iowa Dental Supply Company* |

SO ORDERED this _____ day of _____, 2007

_____
United States District Judge