# Exhibit H

Case 1:99-cv-00255-SLR    Document 266-10    Filed 03/02/2007    Page 1 of 3

```
 1
 2                    IN THE UNITED STATES DISTRICT COURT
 3                         FOR THE DISTRICT OF DELAWARE
 4    -----------------------------------------x
 5    HOWARD HESS DENTAL LABORATORIES           :
 6    INCORPORATED and PHILIP GUTTIEREZ d/b/a   :
      DENTURES PLUS, on behalf of themselves and all others :
 7    similarly situated,                       :
 8                    Plaintiffs,               :    C.A. No. 99-255 (SLR)
 9         -against-                            :
10                                              :
      DENTSPLY INTERNATIONAL, INC.,             :
11                                              :
12                    Defendant.                :
13    -----------------------------------------x
14
15                    AFFIDAVIT OF PHILIP GUTTIEREZ
16
17    STATE OF CALIFORNIA)
                          :ss.:
18    COUNTY OF SANTA CLARA)
19
20    Philip Guttierez, being duly sworn, deposes and says:
21
              1.   I am the owner of Dentures Plus, which is a dental laboratory currently located
22
      at 1697 Havana Drive, San Jose, California, 95122.
23
24            2.   I have been the owner of this dental laboratory since August of 1987, and it has

25    been named Dentures Plus since October of 1989.
26
              3.   As part of my business, I use artificial teeth for the purpose of fabricating
27
      dentures.
28
```

1    4.    I have been buying Dentsply teeth regularly since 1983, including, without
2  limitation, during the period from 1995 through 2003.
3
4                                              _____
5                                                    Philip Guttierez
6  Sworn to before me this
7  27 day of February, 2007
8  _____
9  Notary Public
10
11
12    MANUEL J. GONZALEZ
      Comm. # 1422131
13    NOTARY PUBLIC - CALIFORNIA
      Santa Clara County
      My Comm. Expires March 27, 2007
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28