# Chimicles & Tikellis LLP

ATTORNEYS AT LAW

One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
Telephone: (302) 656.2500
Telecopier: (302) 656.9053
E-mail: Mail@Chimicles.com

March 6, 2007

Nicholas E. Chimicles
Pamela S. Tikellis *
James R. Malone, Jr.
Michael D. Gottsch
Robert J. Kriner, Jr. *
Steven A. Schwartz
Kimberly M. Donaldson
M. Katherine Meermans
Joseph G. Sauder
Daniel B. Scott
Fatema E.F. Burkey
Kimberly M. Litman
Timothy N. Mathews
A. Zachary Naylor *
Timothy P. Briggs
Daniel J. Brown *
Benjamin F. Johns
Scott M. Tucker *


OF COUNSEL
Morris M. Shuster
Denise Davis Schwartzman
Anthony Allen Geyelin
Candice L.H. Hegedus

*Attorneys admitted to
practice in Delaware

**By E-File**

Honorable Sue L. Robinson
United States District Court
J. Caleb Boggs Federal Building
844 King Street
Lockbox 31
Wilmington, DE 19801

    Re:    Hess Dental Labs., et. al. v. Dentsply
              Int'l, Inc. et.al., C.A. No. 99-255 (SLR)

Dear Chief Judge Robinson:

    Exhibit F to Plaintiffs' Reply Brief in Support of Their Motion for Summary Judgment and Injunctive Relief, D.I. 267, is a copy of the opening appellate brief filed by the United States Department of Justice, in *United States v. Dentsply Int'l, Inc.*, 3d Cir., 03-4097, dated May 14, 2004. When the brief was filed with the Third Circuit, the entire brief was filed under seal without any indication regarding which portions of the brief are considered confidential. Therefore, for purposes of filing the appellate brief as an exhibit herein, Plaintiffs are unable to file a redacted version of Exhibit F. References in Plaintiffs' Reply Brief to this exhibit refer only to public information included in the exhibit.

    Should Your Honor have any questions, I am available at the Court's convenience.

Respectfully,

Scott M. Tucker (#4925)

Enclosures
cc:

HAVERFORD OFFICE

One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642.8500
Telecopier: (610) 649.3633