IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
-------------------------------x
                                  :
HOWARD HESS DENTAL LABORATORIES   :
INCORPORATED and PHILIP GUTTIEREZ d/b/a  :
DENTURES PLUS, on behalf of themselves and all others :
similarly situated,               :
                                  :
            Plaintiffs,           :         C.A. No. 99-255 (SLR)
                                  :
      -against-                   :
                                  :
DENTSPLY INTERNATIONAL, INC.,     :
                                  :
            Defendant.            :
                                  :
-------------------------------x
```

## STIPULATION AND PROPOSED ORDER OF DISMISSAL WITH
## PREJUDICE, REGARDING CERTAIN CLAIMS AND REQUESTS FOR RELIEF

It is stipulated and agreed by and between Plaintiffs and Defendant, Dentsply

International, Inc., subject to the approval of the Court:

1. that the following Counts in the above-captioned action are dismissed with prejudice:

Count I ("Conspiracy to Restrain Trade in Violation of Section 1 of the Sherman Act"); Count III

("Attempt to Monopolize in Violation of Section 2 of the Sherman Act"), Count IV ("Conspiracy

to Monopolize in Violation of Section 2 of the Sherman Act"), and Count V ("Restraint of Trade

in Violation of Section 3 of the Clayton Act"); and

2. that Plaintiffs' requests for declaratory relief, as to all Counts, including Counts I

through V, are dismissed with prejudice; and

3. that, regarding the stipulated dismissals described in paragraphs 1 and 2, *supra*, only, each party shall bear its own costs.

Dated: October 26, 2007

CHIMICLES & TIKELLIS LLP

YOUNG CONAWAY STARGATT & TAYLOR, LLP

By  /S/  Scott M. Tucker
    Pamela S. Tikellis (#2171)
    Robert J. Kriner (#2546)
    Scott M. Tucker (#4925)
    One Rodney Square
    Wilmington, DE 19801
    Phone (302) 656-9053
    Fax (302) 656-9053
    pamelatikellis@chimicles.com
    robertkriner@chimicles.com
    *Attorneys for Plaintiffs*

By  Christian Douglas Wright
    William D. Johnston, Esquire (#2123)
    Christian Douglas Wright, Esquire (#3554)
    One Rodney Square North, 11th Floor
    Wilmington, DE 19899-0391
    Phone (302) 571-6679
    Fax (302) 576-3304
    wjohnston@ycst.com
    cwright@ycst.com
    *Attorneys for Defendant Dentsply International, Inc.*

SO ORDERED this _____ day of _____, 2007

_____
United States District Judge