IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ x
|  |  |
|---|---|
| HOWARD HESS DENTAL LABORATORIES INCORPORATED and PHILIP GUTTIEREZ d/b/a DENTURES PLUS, on behalf of themselves and all others similarly situated, | :<br>:<br>:<br>:<br>: |
| Plaintiffs, | :    C.A. No. 99-255 (SLR) |
| -against- | :<br>: |
| DENTSPLY INTERNATIONAL, INC., | :<br>: |
| Defendant. | : |

─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ x

**PLAINTIFFS' MOTION TO SUPPLEMENT THE RECORD,
AND REQUESTING THAT THE COURT'S PRIOR ORDER
BE AMENDED TO REFLECT SUCH SUPPLEMENTATION**

      Plaintiffs Howard Hess Dental Laboratories Incorporated and Philip Guttierez d/b/a Dentures Plus hereby move this Court for leave to supplement the record pursuant to Fed. R. Civ. P. 56(e), and for an order amending the Court's prior memorandum opinion and order, D.I. 271 and D.I. 272, to reflect the fact, nature and effect of such supplementation. The grounds for this motion are set forth in Plaintiffs' brief, which is submitted herewith.

     Plaintiffs have conferred with the Defendant regarding this motion, and Defendant does not consent to the motion.

Dated: October 30, 2007

                                      Respectfully Submitted,

                                      CHIMICLES & TIKELLIS LLP

                                      /s/ Scott M. Tucker
Pamela S. Tikellis (No. 2172)
Robert J. Kriner, Jr. (No. 2546)
Scott M. Tucker (No. 4925)
One Rodney Square
P.O. Box 1035
Wilmington, Delaware  19801
(302) 656-2500

     and

LABATON SUCHAROW LLP
Thomas A. Dubbs
Richard T. Joffe
140 Broadway
New York, New York  10005
(212) 907-0700

Attorneys for Plaintiffs

2