IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                             :
HOWARD HESS DENTAL LABORATORIES                              :
INCORPORATED and PHILIP GUTTIEREZ d/b/a                      :
DENTURES PLUS, on behalf of themselves and all others        :
similarly situated,                                          :
                                                             :
            Plaintiffs,                                      :    C.A. No. 99-255 (SLR)
                                                             :
      -against-                                              :
                                                             :
DENTSPLY INTERNATIONAL, INC.,                                :
                                                             :
            Defendant.                                       :
                                                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**DECLARATION OF RICHARD T. JOFFE**

I, RICHARD T. JOFFE, declare:

1. I am Of Counsel at the law firm of Labaton Sucharow LLP, counsel for Plaintiffs and the purported Class, am duly admitted to practice law in the state of New York, and am admitted *Pro Hac Vice* in the District of Delaware. I have personal knowledge of the matters set forth in this declaration, and, if called to testify, could and would competently testify about them. I submit this application in support of Plaintiffs' motion to supplement the record, and requesting that the Court's prior order be amended to reflect such supplementation.

2. Attached hereto as "Exhibit A" is a true and complete copy of the transcript of the testimony of Dr. David Reitman, from the trial in *United States v. Dentsply Int'l, Inc.*, (D. Del.), No. Civ. A. 99-005-SLR, as provided to Plaintiffs' attorneys herein by the United States Department of Justice.

3. Attached hereto as "Exhibit B" is a true and complete copy of the transcript of the testimony of Professor Howard P. Marvel, from the trial in *United States v. Dentsply Int'l, Inc.*, (D. Del.), No. Civ. A. 99-005-SLR, as provided to Plaintiffs' attorneys herein by the United States Department of Justice.

4. Attached hereto as "Exhibit C" is a true and complete copy of the transcript of the testimony of William B. Turner, from the trial in *United States v. Dentsply Int'l, Inc.*, (D. Del.), No. Civ. A. 99-005-SLR, as provided to Plaintiffs' attorneys herein by the United States Department of Justice.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I executed this declaration on October 29, 2007, at New York, New York.

                                          /s/ Richard T. Joffe
                                            Richard T. Joffe