# Chimicles & Tikellis LLP

### ATTORNEYS AT LAW

One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
Telephone: (302) 656.2500
Telecopier: (302) 656.9053
E-mail: Mail@Chimicles.com

November 5, 2007

Nicholas E. Chimicles
Pamela S. Tikellis *
James R. Malone, Jr.
Michael D. Gottsch
Robert J. Kriner, Jr. *
Steven A. Schwartz
Kimberly M. Donaldson
M. Katherine Meermans
Joseph G. Sauder
Daniel B. Scott
Fatema E.F. Burkey
Kimberly Litman Kimmel
Timothy N. Mathews
A. Zachary Naylor *
Timothy P. Briggs
Benjamin F. Johns
Scott M. Tucker *

OF COUNSEL
Morris M. Shuster
Denise Davis Schwartzman
Anthony Allen Geyelin
Candice L.H. Hegedus

*Attorneys admitted to
practice in Delaware*

**By E-File**

Honorable Sue L. Robinson
United States District Court
J. Caleb Boggs Federal Building
844 King Street
Lockbox 31
Wilmington, DE 19801

> **Re:** **Hess Dental Labs., et. al. v. Dentsply
> Int'l, Inc. et.al., C.A. No. 99-255 (SLR)**

Dear Judge Robinson:

I write to inform Your Honor that Exhibits A-C to the Declaration of Richard T. Joffe, D.I. 278, are copies of testimonial transcripts in *United States v. Dentsply Int'l, Inc.*, D. Del., 99-005-SLR. In addition, pages A-107 to A-268 of the Appendix to Plaintiff's Brief in Support of Their Motion to Supplement the Record, and Requesting that the Court's Prior Order be Amended to Reflect Such Supplementation, D.I. 275, consists of the Expert Report of Dr. David Reitman filed in *United States v. Dentsply Int'l, Inc.,* D. Del., 99-005 SLR. When the testimony in Exhibits A-C was taken and Dr. Reitman's Report was prepared the case was governed by a confidentiality order and there were no indications regarding which portions of the testimony or the Report were considered confidential. Therefore, for purposes of filing the transcripts as exhibits herein and Dr. Reitman's Report, Plaintiffs are unable to file redacted versions of Exhibit A-C or pages A-107 to A-268 of the Appendix.

Should Your Honor have any questions, I am available at the Court's convenience.

Respectfully,

Scott M. Tucker (#4925)

HAVERFORD OFFICE
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642.8500
Telecopier: (610) 649.3633