IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HOWARD HESS DENTAL LABORATORIES INC. and PHILIP GUTTIEREZ d/b/a Dentures Plus, on behalf of themselves and all others similarly situated, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civ. No. 99-255-SLR |
| DENTSPLY INTERNATIONAL, INC., | ) ) ) | |
| Defendant. | ) | |
| JERSEY DENTAL LABORATORIES f/k/a Howard Hess Dental Laboratories Incorporated, and PHILIP GUTTIEREZ d/b/a Dentures Plus, on behalf of themselves and all others similarly situated, | ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civ. No. 01-267-SLR |
| DENTSPLY INTERNATIONAL, INC., and named dental dealers, | ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

At Wilmington this 8th day of January 2008, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Plaintiffs' motion to supplement the record in <u>Hess</u> (Civ. No. 99-255, D.I. 274)

is denied.

2. Plaintiffs' motion for a certificate of appealability and for a stay of proceedings during the pendancy of any appeal in Jersey Dental (Civ. No. 01-267, D.I. 318) is granted.

3. On or before January 31, 2008, the parties shall submit either a stipulation or competing orders in Hess and Jersey Dental in order to accommodate a consolidated appeal.

                                                                               _____
                                                                               United States District Judge