IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HOWARD HESS DENTAL LABORATORIES INCORPORATED and PHILIP GUTTIEREZ d/b/a Dentures Plus, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DENTSPLY INTERNATIONAL INC.,<br><br>Defendant. | C.A. No. 99-255-SLR |

**[PROPOSED] ORDER**

Following consideration of defendant Dentsply's motion to dismiss with prejudice, IT IS HEREBY ORDERED that Dentsply's motion to dismiss with prejudice is GRANTED. The Court's entry of this order shall constitute entry of a final judgment pursuant to 28 U.S.C. § 1291 in the above-captioned matter.

Dated: _____

By: _____
The Honorable Sue L. Robinson
United States District Judge