# NOTICE OF APPEAL
# TO
# U.S. COURT OF APPEALS, THIRD CIRCUIT

**U.S. District Court for the District of Delaware**

| | |
|---|---|
| **FULL CAPTION IN DISTRICT COURT AS FOLLOWS:** | CIRCUIT COURT<br>DOCKET NUMBER:_____ |
| HOWARD HESS DENTAL LABORATORIES INCORPORATED and PHILIP GUTTIEREZ d/b/a Dentures Plus, on behalf of themselves and all others similarly situated, | DISTRICT COURT<br>DOCKET NUMBER: 99-255-SLR |
| Plaintiffs, | **DISTRICT COURT JUDGE:**<br>SUE L. ROBINSON |
| v. | |
| DENTSPLY INTERNATIONAL, INC., | |
| Defendant | |

Notice is hereby given that Howard Hess Dental Laboratories Incorporated, and Philip Guttierez d/b/a Dentures Plus, plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Third Circuit from the Final Judgment entered on February 13, 2008 (D.I. 290), the Memorandum Opinion and Order entered on September 26, 2007 (D.I. 271, 272), and the Memorandum Opinion and Order signed on January 8, 2008, and entered on January 9, 2008 (D.I. 285, 286).

Plaintiffs are filing this notice of appeal simultaneously with their filing another notice of appeal in the related case, <u>Jersey Dental Laboratories f/k/a Howard Hess Dental Laboratories Incorporated, et al. v. Dentsply International, Inc., et al.</u>, Civ. No. 01-267. Plaintiffs previously appealed other orders in these two cases simultaneously, and, on that prior occasion, the two appeals were consolidated by the Third Circuit. <u>See</u> Third Circuit's Docket, Case Nos. 04-1979

and 04-1980.  Both of the current appeals—the one in <u>Hess</u>, and the one in <u>Jersey Dental</u>—appeal from, among other things, different parts of the <u>same</u> Memorandum Opinion and Order, entered in both cases, on September 26, 2007.  <u>See</u> Exhibits B and C, attached hereto.

A true and correct copy of the Final Judgment, entered on February 13, 2008 (D.I. 290), is attached hereto as Exhibit A.

True and correct copies of the Memorandum Opinion and Order entered on September 26, 2007 (D.I. 271, 272), are attached hereto as Exhibits B and C.

True and correct copies of the Memorandum Opinion and Order entered on January 9, 2008 (D.I. 285, 286), are attached hereto as Exhibits D and E.

Dated:  February 29, 2008

| | |
|---|---|
| /s/ Scott M. Tucker<br>Pamela S. Tikellis (#2172)<br>Robert J. Kriner (#2546)<br>Scott M. Tucker (#4925)<br>CHIMICLES & TIKELLIS LLP<br>One Rodney Square<br>P.O. Box 1035<br>Wilmington, DE  19801<br>(302) 656-2500<br>*Local Counsel for Plaintiffs-Appellants* | William D. Johnston (#2123)<br>Christian Douglas Wright (#3354)<br>YOUNG CONAWAY STARGATT &<br>   TAYLOR, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE  19899-0391<br>(302) 571-6600<br>*Local Counsel for Defendant-Appellee* |
| Thomas A. Dubbs<br>Richard T. Joffe<br>LABATON SUCHAROW<br>140 Broadway<br>New York, NY  10005<br>(212) 907-0700<br>*Lead Counsel for Plaintiffs-Appellants* | Margaret M. Zwisler<br>Eric J. McCarthy<br>LATHAM & WATKINS LLP<br>555 Eleventh St., NW, Suite 1000<br>Washington, DC  20004-1304<br>(202) 637-2200<br>*Lead Counsel for Defendant-Appellee* |