# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HOWARD HESS DENTAL<br>LABORATORIES INC.<br>and PHILIP GUTTIEREZ d/b/a<br>Dentures Plus, on behalf of<br>themselves and all others<br>similarly situated,<br><br>      Plaintiffs,<br><br>    v.<br><br>DENTSPLY INTERNATIONAL, INC.,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br><br><br><br><br><br>Civ. No. 99-255-SLR |
| JERSEY DENTAL LABORATORIES<br>f/k/a Howard Hess Dental<br>Laboratories Incorporated,<br>and PHILIP GUTTIEREZ d/b/a<br>Dentures Plus, on behalf of<br>themselves and all others<br>similarly situated,<br><br>      Plaintiffs,<br><br>    v.<br><br>DENTSPLY INTERNATIONAL, INC.,<br>and named dental dealers,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br><br><br><br><br><br><br>Civ. No. 01-267-SLR |

**O R D E R**

At Wilmington this 26th day of September 2007, consistent with the

memorandum opinion issued this same date;

IT IS ORDERED that:

1. Plaintiffs' motion for summary judgment (Civ. No. 99-255, D.I. 256) is denied.

2. Defendants' motion to dismiss counts II and IV of the amended complaint (Civ. No. 01-267, D.I. 264) is granted.

3. Defendants' motion to dismiss for lack of personal jurisdiction and improper venue (Civ. No. 01-267, D.I. 266) is granted.

4. Dentsply's motion to dismiss counts III and V of the amended complaint (Civ. No. 01-267, D.I. 272) is denied as moot.

5. Defendant Nowak's motion to dismiss for lack of personal jurisdiction and improper venue (Civ. No. 01-267, D.I. 274) is granted.

6. Dentsply's motion to dismiss counts III and V of the amended complaint (Civ. No. 01-267, D.I. 279) is granted.

_____
United States District Judge