# EXHIBIT E

Case 1:99-cv-00255-SLR    Document 291-6    Filed 02/29/2008    Page 1 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HOWARD HESS DENTAL LABORATORIES INC. and PHILIP GUTTIEREZ d/b/a Dentures Plus, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DENTSPLY INTERNATIONAL, INC.,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civ. No. 99-255-SLR |
| JERSEY DENTAL LABORATORIES f/k/a Howard Hess Dental Laboratories Incorporated, and PHILIP GUTTIEREZ d/b/a Dentures Plus, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DENTSPLY INTERNATIONAL, INC., and named dental dealers,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civ. No. 01-267-SLR |

**ORDER**

At Wilmington this 8th day of January 2008, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Plaintiffs' motion to supplement the record in <u>Hess</u> (Civ. No. 99-255, D.I. 274)

is denied.

2. Plaintiffs' motion for a certificate of appealability and for a stay of proceedings during the pendancy of any appeal in <u>Jersey Dental</u> (Civ. No. 01-267, D.I. 318) is granted.

3. On or before January 31, 2008, the parties shall submit either a stipulation or competing orders in <u>Hess</u> and <u>Jersey Dental</u> in order to accommodate a consolidated appeal.

                                                                        _____
                                                                      United States District Judge