# Chimicles & Tikellis LLP
ATTORNEYS AT LAW

One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
Telephone: (302) 656.2500
Telecopier: (302) 656.9053
E-mail: Mail@Chimicles.com

Nicholas E. Chimicles
Pamela S. Tikellis *
James R. Malone, Jr.
Michael D. Gottsch
Robert J. Kriner, Jr. *
Steven A. Schwartz
Kimberly M. Donaldson
M. Katherine Meermans
Joseph G. Sauder
Daniel B. Scott
Kimberly Litman Kimmel
Timothy N. Mathews
A. Zachary Naylor *
Benjamin F. Johns
Scott M. Tucker *
Meghan A. Adams *
Tiffany J. Cramer *
Kimberly A. Sanders

OF COUNSEL
Morris M. Shuster
Denise Davis Schwartzman
Anthony Allen Geyelin
David M. Maser

*Attorneys admitted to
practice in Delaware

February 29, 2008

**BY E-FILE AND HAND DELIVERY**

The Honorable Sue L. Robinson
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 King Street, Lockbox 31
Wilmington, DE 19801

    Re:   *Howard Hess Dental Labs., Inc., et al. v. Dentsply Int'l, Inc.*,
           C.A. No. 99-255 (SLR), and
           *Jersey Dental Labs., et al. v. Dentsply Int'l, Inc., et al.*,
           C.A. No. 01-267 (SLR)

Dear Judge Robinson:

    I enclose, pursuant to Third Circuit Local Appellate Rule 3.2, a copy of the Notice of Appeal filed today in District Court by Plaintiffs Howard Hess Dental Laboratories Incorporated and Phillip Guttierez on behalf of themselves and all others similarly situated, in C.A. No. 99-255, and the Notice of Appeal filed today in District Court by Plaintiffs Jersey Dental Laboratories and Phillip Guttierez on behalf of themselves and all others similarly situated, in C.A. No. 01-267.

                                            Respectfully,

                                            Scott M. Tucker (#4925)

SMT/egs

Enclosures



HAVERFORD OFFICE
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642.8500
Telecopier: (610) 649.3633