# Labaton Sucharow

212 907 0855 direct
212 883 7055 fax
email rjoffe@labaton.com

February 29, 2008

**BY FEDERAL EXPRESS**

Clerk
U.S. District Court
844 N. King Street
Room 4209
Wilmington, DE  19801

Re:   *Howard Hess Dental Laboratories Incorporated, et al. v. Dentsply International, Inc.*, 99-255-SLR; and *Jersey Dental Laboratories, et al. v. Dentsply International, Inc., et al.*, 01-267-SLR

Dear Clerk:

Enclosed are two checks from my law firm—which is lead counsel for Plaintiffs in each of the two above-referenced law suits.  Each check is made out for $455.00, payable to "Clerk, U.S. District Court."  One check is for the purpose of paying the fee for filing a notice of appeal in *Howard Hess Dental Laboratories Incorporated, et al. v. Dentsply International, Inc.*, 99-255-SLR, and the other check is for the purpose of paying the fee for filing a notice of appeal in *Jersey Dental Laboratories, et al. v. Dentsply International, Inc., et al.*, 01-267-SLR.  On February 29, 2008, Plaintiffs filed notices of appeal in each of these two cases.  *See Hess* D.I. 291; *Jersey Dental* D.I. 330.

Although Plaintiffs attempted to file the fees electronically, using a credit card, and although the *Jersey Dental* docket currently states that such a credit card payment was received, in fact, Plaintiffs were not able to figure out how to get the ECF system to take our credit card information in either of the two cases.  Therefore, the two checks of my law firm are here enclosed to pay the filing fees in both cases.

If you need anything else from Plaintiffs-Appellants at this time, please let me know.

Your consideration is appreciated.

Sincerely,

Richard T. Joffe

Encls.: Two checks.

Labaton Sucharow LLP   140 Broadway, New York, NY 10005   212 907 0700 main   212 818 0477 fax   www.labaton.com